AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>MICHAEL L. BABICH<br><br>*Defendant* | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1 16 Cr 10343 |

## ARREST WARRANT

To: Any authorized law enforcement officer

  **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*   MICHAEL L. BABICH                                       ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint

☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

  18 U.S.C. secs.1962(d) - racketeering conspiracy; 18 U.S.C. sec. 1349 - conspiracy to commit mail fraud; 18 U.S.C. sec. 1349 - conspiracy to commit wire fraud; 18 U.S.C. sec. 371 - conspiracy to violate anti-kickback law

Date: Dec. 6, 2016                         _____
                                                          *Issuing officer's signature*

City and state:   Boston, MA                   Marianne B. Bowler, U.S. Magistrate Judge
                                                          *Printed name and title*

---

**Return**

  This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____.

Date: _____                      _____
                                                          *Arresting officer's signature*

                                                          _____
                                                          *Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America<br>v.<br>ALEC BURLAKOFF<br><br>Defendant | ) ) ) ) ) ) ) | Case No. 16cr 10343 |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __ALEC BURLAKOFF__, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. sec.1962(d) - racketeering conspiracy; 18 U.S.C. sec. 1349 - conspiracy to commit mail fraud; 18 U.S.C. sec. 371 - conspiracy to violate anti-kickback law

Date: Dec. 6, 2016

_Marianne B. Bowler, USMJ_
*Issuing officer's signature*

City and state: Boston, MA

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16cr 10343 |
| RICHARD M. SIMON | ) | |
| | ) | |
| | ) | |
| | ) | |
| | ) | |
| Defendant | | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* **RICHARD M. SIMON** ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint

☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. sec.1962(d) - racketeering conspiracy; 18 U.S.C. sec. 1349 - conspiracy to commit mail fraud; 18 U.S.C. sec. 371 - conspiracy to violate anti-kickback law

Date: Dec. 6, 2016

*Issuing officer's signature*

City and state: Boston, MA

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

| Return |
|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
| Date: _____ |
| *Arresting officer's signature* |
| *Printed name and title* |

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>**MICHAEL J. GURRY**<br><br>*Defendant* | )<br>)  Case No.  16cr 10343<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   **MICHAEL J. GURRY**                                                                                                    ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. sec. 1962(d) - racketeering conspiracy; 18 U.S.C. sec. 1349 - conspiracy to commit wire fraud.

Date: Dec. 6, 2016

*Issuing officer's signature*

City and state:   Boston, MA

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* _____ , and the person was arrested on *(date)* _____
at *(city and state)* _____ .

Date: _____

_____
*Arresting officer's signature*

_____
*Printed name and title*

AO 442 (Rev. 11/11) Arrest Warrant

SEALED

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16cr 10343 |
| SUNRISE LEE | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* Sunrise Lee ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. sec.1962(d) - racketeering conspiracy; 18 U.S.C. sec. 1349 - conspiracy to commit mail fraud; 18 U.S.C. sec. 371 - conspiracy to violate anti-kickback law

Date: Dec. 6, 2016

*Issuing officer's signature*

City and state: Boston, MA

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

### Return

| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____ . |
|---|
| Date: _____ |
| _____ *Arresting officer's signature* |
| _____ *Printed name and title* |

SEALED

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 16 cr 10343 |
| JOSEPH A. ROWAN | ) | |
| | ) | |
| | ) | |
| | ) | |
| *Defendant* | ) | |

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Joseph A. Rowan, who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment ☐ Superseding Indictment ☐ Information ☐ Superseding Information ☐ Complaint
☐ Probation Violation Petition ☐ Supervised Release Violation Petition ☐ Violation Notice ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. secs.1962(d) - racketeering conspiracy; 18 U.S.C. secs.1349 - conspiracy to commit mail fraud; 18 U.S.C. sec. 371 - conspiracy to violate anti-kickback law

Date: Dec. 6, 2016

*Issuing officer's signature*

City and state: Boston, MA

Marianne B. Bowler, U.S. Magistrate Judge
*Printed name and title*

| Return | |
|---|---|
| This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____ at *(city and state)* _____. | |
| Date: _____ | _____ *Arresting officer's signature* |
| | _____ *Printed name and title* |