UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL NO.  16-10343-ADB |
| | ) | |
| v. | ) | |
| | ) | |
| (1) MICHAEL L. BABICH | ) | |
| (2) ALEC BURLAKOFF | ) | |
| (3) MICHAEL J. GURRY | ) | |
| (4) RICHARD M. SIMON | ) | |
| (5) SUNRISE LEE | ) | |
| (6) JOSEPH A. ROWAN | ) | |
| (7) JOHN N. KAPOOR | ) | |
|     Defendants. | ) | |
| | ) | |

## [PROPOSED] JOINT SCHEDULING ORDER

Upon consideration of the parties' joint submission on February 2, 2018, it is hereby

ORDERED:

1.      On or before <u>April 2, 2018</u>, Defendants shall serve any further discovery requests on the government.

2.      On or before <u>April 23, 2018</u>, the government shall serve its responses to Defendants' discovery requests.

3.      Except for good cause shown, Defendants shall file any discovery motions and any motions seeking a bill of particulars on or before <u>May 21, 2018</u>.

4.      The government shall respond to any discovery motion and/or motion seeking a bill of particulars within 21 days of the date the motion is filed.

5.      The parties will consult about a date for other pretrial motions and will advise the Court at the next Status Conference as to whether an agreement has been reached.

6.      On or before <u>August 1, 2018</u>, the government shall serve on Defendants all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness it intends to call in an affirmative capacity at trial.

1

7.      On or before <u>October 1, 2018</u>, Defendants shall serve on the government all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness they intend to call in an affirmative capacity at trial.

8.      On or before <u>November 12, 2018</u>:

    a.  Defendants shall serve on the government all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness who they intend to call in a rebuttal capacity at trial; and

    b.  The government shall serve on Defendants all disclosures required under Federal Rule of Criminal Procedure 16 for any expert witness who it intends to call in a rebuttal capacity at trial (i.e., not during the Government's case in chief).

**SO ORDERED**, this __ day of         , 2018

_____
THE HONORABLE JENNIFER C. BOAL
CHIEF UNITED STATES MAGISTRATE JUDGE

FOR THE UNITED STATES:

ANDREW E. LELLING
United States Attorney

By:
 /s/ Susan M. Poswistilo
K. NATHANIEL YEAGER (BBO
#630992) SUSAN M. POSWISTILO
(BBO #565581) Assistant U.S. Attorneys
Office of the U.S. Attorney
John J. Moakley Federal
Courthouse One Courthouse Way,
Ste. 9200 Boston, MA 02210
NY:    (617)748-3311
SMP:  (617) 748-3103
nathaniel.yeager@usdoj.gov
susan.poswistilo@usdoj.gov

| MICHAEL BABICH: | ALEC BURLAKOFF |
|---|---|
| By: | By: |
| /s/ Wick Sollers | /s/ George W. Vien |
| Joseph Sedwick Sollers, III | George W. Vien |
| wsollers@kslaw.com | gwv@dcglaw.com |
| D.C. Bar No. 370886 | BBO No. 547741 |
| King & Spalding LLP | Peter E. Gelhaar |
| 1700 Pennsylvania Ave. NW | peg@dcglaw.com |
| Washington, D.C. 20006 | BBO No. 188310 |
| Telephone: (202) 737-0500 | Joshua N. Ruby |
| William H. Kettlewell | jnr@dcglaw.com |
| wkettlewell@collorallp.com | BBO No. 679113 |
| BBO No. 270320 | Donnelly, Conroy & Gelhaar, LLP |
| Collora LLP | 260 Franklin Street, Suite 1600 |
| 100 High Street | Boston, MA 02110 |
| Boston, MA 02110 | Telephone: (617) 720-2880 |
| Telephone: (617) 371-1037 | |

| MICHAEL J. GURRY | RICHARD M. SIMON |
|---|---|
| By: | By: |
| /s/ Tracy A. Miner | s/ Steven A. Tyrrell |
| Tracy A. Miner (BBO# 547137) | Steven A. Tyrrell |
| tminer@demeollp.com | steven.tyrrell@weil.com |
| Megan Siddall (BBO# 568979) | D.C. Bar. No. 998795 |
| msiddall@demeollp.com | Patrick J. O'Toole, Jr. |
| Demeo LLP | Patrick.otoole@weil.com |
| 200 State Street | BBO No. 559267 |
| Boston, MA 02109 | Weil, Gotshal & Manges LLP |
| Telephone: 617-263-2600 | 1300 Eye Street, NW, Suite 900 |
| | Washington, D.C. 20005 |

Telephone: (202) 682-7213

SUNRISE LEE
By:
/s/ Lee Stein
Lee Stein
lee@mitchellsteincarey.com
AZ Bar No. 012368
Mitchell Stein Carey PC
One Renaissance Square
2 North Central Avenue, Suite 1900
Phoenix, AZ 85004
Telephone: (602) 358-0291

Peter E. Ball (BBO #546031)
Fitch Law Partners LLP
One Beacon Street
Boston, MA 02108
T: (617) 542-5542
F: (617) 542-1542
Email: peb@fitchlp.com

JOHN KAPOOR
By:
/s/ Beth A. Wilkinson
Beth A. Wilkinson (admitted pro hac vice)
WILKINSON WALSH + ESKOVITZ
2001 M St. NW
Washington, D.C. 20036
(202) 847-4000
(202) 847-4005 (fax)
bwilkinson@wilkinsonwalsh.com

Alexandra M. Walsh (admitted pro hac vice)
WILKINSON WALSH + ESKOVITZ LLP
2001 M St. NW
Washington, D.C. 20036
(202) 847-4000
(202) 847-4005 (fax)
awalsh@wilkinsonwalsh.com

Brien T. O'Connor (BBO# 546767)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
(617) 951-7000
(617) 951-7050 (fax)
brien.o'connor@ropesgray.com

JOSEPH A. ROWAN
By:
/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra Gliga (BBO# 694959)
alexandra.gliga@whitecase.com
White & Case, LLP
75 State Street
Boston, MA 02109
Telephone: 617-939-9310

Aaron M. Katz (BBO# 662457)
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
(617) 951-7000
(617) 951-7050 (fax)
aaron.katz@ropesgray.com