UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ——————————————— ) | |
| UNITED STATES OF AMERICA,  ) | |
| ) | |
| ) | Criminal No. 16-10343-ADB |
| v.  ) | |
| ) | |
| MICHAEL L. BABICH, et al.,  ) | |
| ) | |
| Defendants.  ) | |
| ——————————————— ) | |

SCHEDULING ORDER

October 22, 2018

Boal, M.J.

Upon consideration of the parties' proposals during the October 19, 2018 status conference, it is hereby ORDERED:

1.      The government shall provide a supplemental response on any unresolved categories of agency records by **October 26, 2018**.

2.      The government shall produce agency records on a rolling basis and complete the production by **November 16, 2018**.

3.      The government shall provide a privilege log for any documents withheld on privilege grounds by **November 30, 2018**.

4.      The defendants shall file their motion for a bill of particulars by **October 23, 2018**.  The government shall file its opposition to the defendants' motion for a bill of particulars by **October 30, 2018**.  The Court will hear oral argument on **November 5, 2018 at 2:00 p.m.**

  /s/  Jennifer C. Boal
JENNIFER C. BOAL
UNITED STATES MAGISTRATE JUDGE