UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>MICHAEL J. GURRY, RICHARD M. SIMON, SUNRISE LEE, JOSEPH A. ROWAN, and JOHN KAPOOR,<br><br>    Defendants. | Criminal No. 16-cr-10343-ADB<br><br>**ORAL ARGUMENT REQUESTED** |

### DEFENDANT JOSEPH A. ROWAN'S MOTION
### TO AMEND CONDITIONS OF RELEASE

Defendant Joseph A. Rowan ("Rowan") moves that the Court amend his conditions of release, so that he is released on an unsecured bond of $100,000, and the $100,000 cash he has posted with the Court is returned forthwith.

When Rowan was first arrested in Panama City in 2016, the local U.S. probation department thought he should be released on personal recognizance, as is the custom in Panama City, but the Boston USAO insisted that a secured bond be posted because of the severity of the charges. Thus, the Court required that he post $100,000 surety.

Since then, Rowan's finances and his family's finances have significantly diminished. For the past three years, he has had minimal earnings, selling cleaning supplies. In October 2018, Hurricane Michael devastated Panama City, ruining numerous buildings, including Rowan's family residence. Rowan, his wife and their four children live with his mother-in-law while waiting for the overburdened construction contractors to rebuild their house, until recently when they moved into a motorhome on their property. The Hurricane also devastated the local economy. Rowan and his wife invested in three small rental properties, which have minimal to

1

no equity.  Rowan's wife is a practicing lawyer and her business suffered because of the Hurricane and the result of the Rowan's trial.

Insys, Rowan's former employer, has defaulted on paying $597,000 of his legal fees, which has placed further strains on the family finances.

Rowan is a dedicated husband and father, with four children in high school and middle school.  He is well-integrated into his community through family, coaching, church, and friendships.  His mother, brother and wife's family live in the area of Panama City, Florida.  He is not a risk of flight.  He has been a model supervisee throughout his pretrial release.

Respectfully submitted,

Joseph A. Rowan
By his counsel,

/s/ Michael Kendall
Michael Kendall (BBO # 544866)
Alexandra I. Gliga (BBO # 694959)
WHITE & CASE LLP
75 State Street
Boston, MA  02109-1814
Telephone (617) 979-9310
michael.kendall@whitecase.com
alexandra.gliga@whitecase.com

**CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)**

I certify that I have conferred with counsel for the Government in a good faith attempt to resolve or narrow the issue raised by this motion.

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on October 16, 2019.

      /s/  Michael Kendall
      Michael Kendall