1

1

2

3

4

5

6

7

8          INTERVIEW OF JOSEPH ROWAN

9          ON TUESDAY, APRIL 8TH, 2014

10         AT 300 NORTH LOS ANGELES STREET

11               SUITE 7516

12          LOS ANGELES, CALIFORNIA

13               ---oOo---

14    TRANSCRIBED BY MARIE WILSON, CSR NO. 13480

15

16

17

18

19

20

21

22

23

USAO-MA-0038556

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

24

25   Pages 1 - 135

USAO-MA-0038557

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

2

1  APPEARANCES BY:

2

3       U.S. DEPARTMENT OF JUSTICE
        UNITED STATES ATTORNEY'S OFFICE
4       BY:  JOHN E. LEE, AUSA
        BY:  JEFF MCVICKER, AUDITOR
5       300 North Los Angeles Street
        Suite 7516
6       Los Angeles, California 90012
        (213) 894-3995
7
        U.S. DEPARTMENT OF DEFENSE
8       OFFICE OF THE INSPECTOR GENERAL
        BY:  MICHALE S. KOSLOW, SPECIAL AGENT
9       25350 Magic Mountain Parkway
        Suite 200
10      Valencia, California 91355

11
        U.S. DEPARTMENT OF HEALTH AND HUMAN
12      SERVICES
        OFFICE OF INSPECTOR GENERAL
13      BY:  KURT S. SOO HOO, SPECIAL AGENT
        600 City Parkway West
14      Suite 500
        Orange, California 92868
15

16      U.S. DEPARTMENT OF JUSTICE
        UNITED STATES ATTORNEY'S OFFICE
17      BY:  DAVID COHEN, AUSA
        VIA TELECONFERENCE
18      555 4th Street, NW
        Washington, D.C. 20530
19      (202) 514-2000

20      JEFFER, MANGELS, BUTLER & MITCHELL
        BY:  ANTHONY PACHECO, ESQ.
21      Attorney for Joseph Rowan
        1900 Avenue of the Stars, 7th Floor
22      Los Angeles, California 90067
        (310) 203-8080

USAO-MA-0038558

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23

24    ---oOo---

25

USAO-MA-0038559

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

3

1  LOS ANGELES, CALIFORNIA; TUESDAY, APRIL 8TH, 2014

2         10:12 A.M.

3         ---oOo---

4      MR. HOO:  So how long have you worked for

5  INSYS?

6      MR. ROWAN:  Roughly I think it was July of

7  2012.

8      MR. HOO:  July of 2012.  Okay.  And you

9  started in what position?

10      MR. ROWAN:  A rep.

11      MR. HOO:  A rep.  And currently you are --

12      MR. ROWAN:  Regional director for the east.

13      MR. HOO:  And how long have you been

14  regional director for the east?

15      MR. ROWAN:  Probably four months.

16      MR. HOO:  Four months?  Okay.  So you

17  recently started with that position?

18      MR. LEE:  Maybe it would be good since this

19  is -- so Mr. Rowan, I just want to thank you for

20  coming down here.  I just want to remind you that

21  you're here voluntarily.  You haven't been

22  subpoenaed to come here, and we're trying to find

USAO-MA-0038560

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   out some information about what happened to your

24   cell phone, so --

25        MR. ROWAN:  Sure.

USAO-MA-0038561
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

4

1     MR. LEE:  That's the purpose of this

2  interview.

3     MR. ROWAN:  Sure.

4     MR. KOSLOW:  And we just want to get a

5  little bit of the background before we get into all

6  of that, because we'll probably have just follow-up

7  questions -- understand your position.  So you

8  started as a sales rep and then you became --

9     MR. ROWAN:  Manager.

10     MR. HOO:  -- manager?  So when did you

11  become district manager?

12     MR. ROWAN:  I don't know exactly.  Probably

13  I would imagine January of 2013 time period.

14     MR. HOO:  And then this most recent

15  position four months ago was your last?

16     MR. ROWAN:  Roughly four months ago.

17     MR. HOO:  So in this current capacity, you

18  have sales reps under you and district managers

19  under you or --

20     MR. ROWAN:  Yes.  I have six direct

21  reports.  There's about to be a 7th manager

22  underneath me directly, and the representatives

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  report to management.

24        MR. HOO:  And then you have parallel people

25  in your same position within the company.

USAO-MA-0038563

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

5

1    MR. ROWAN:  Yes.

2    MR. HOO:  And how many of those are there?

3    MR. ROWAN:  One other one currently.

4    MR. HOO:  Okay.  And who is that?

5    MR. ROWAN:  Her name is "Sunrise Lee."

6    MR. HOO:  So you guys are both regional?

7    MR. ROWAN:  Yes, sir.

8    MR. HOO:  And then you have district

9  managers under each of you?

10    MR. ROWAN:  Uh-huh.

11    MR. HOO:  Different district managers?

12    MR. ROWAN:  Uh-huh.

13    MR. HOO:  Is that kind of good with the

14  background?  Okay.

15    So we got information about the phone.  Why

16  don't you just tell us what happened --

17    MR. ROWAN:  Okay.

18    MR. HOO:  -- with your phone --

19    MR. ROWAN:  We went -- my family and I went

20  skiing to Steamboat, Colorado, January the 19th.

21  My wife informed me that was the date, because I'm

22  bad on dates, so January the 19th we went skiing

USAO-MA-0038564

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   with the family.  We were at Steamboat Mountain.

24   We were staying on the condominiums right there

25   along the mountains.

USAO-MA-0038565

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

6

1       It was -- we lost -- I lost the phone

2   January 22nd, it was a Wednesday between 3:30 I

3   would guess 4:30, 4:45, and the reason I'm so

4   specific and the reason I know that time period is

5   because it was the last run of the day, it was 4:30

6   on the mountain.

7       MR. HOO:  Okay.

8       MR. ROWAN:  And I knew it happened -- I

9   have a seven, nine and eleven-year-old child, so I

10  know to get down that mountain at a certain period

11  of time, we didn't have probably more than 45

12  minutes to an hour to make sure we get down in

13  time.

14      And we were coming down the mountain called

15  "Why Not," it's "Why Not" or "So What," I think

16  it's "Why Not."  If you have all skied before, you

17  kind of come down the mountain zig-zag along the

18  side of the mountain.  There's little runs, fake

19  runs in between.  My kids found -- you know,

20  thought it was kind of neat and they wanted me to

21  videotape them.

22      So on my cell phone -- so I pulled out my

USAO-MA-0038566

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   iPhone, it's an iPhone 5, and videotaped my

24   daughter and my son doing this little quick run

25   between the real slope, if you would, and I

USAO-MA-0038567

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

7

1  videotaped them and I put it in my pocket and we

2  went on our way, and we got down to the mountain,

3  got on the big shuttle going to the condo, and at

4  that point I went to find my cell phone and

5  realized I had no longer had it.

6  Dropped them off. The shuttle -- I stayed

7  on the shuttle and went back down to the lodge, or

8  whatever it is where -- you know, the base of the

9  mountain. I went straight to lost-and-found and

10  asked the lady -- I told the lady, "I lost my

11  phone, my iPhone 5," and she asked me to fill out a

12  loss report. So I filled that out, and nobody had

13  turned it in, that's why I filled it out, it had

14  not been returned.

15  So what I did after that, I walked to the

16  mountain where we were, and they have volunteers on

17  the mountain, and the guy was wearing a yellow

18  hat -- they wear yellow, I don't know why but they

19  wear yellow, and I told the gentleman I lost my

20  phone, and him and I walked up. It was a pretty

21  steep mountain. Him and I walked up as far as we

22  could, because, as I said, it was, like, the last

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   run of the day so we had to get out of the way

24   because the machinery was coming back down.

25       So we walked up as far as we could for

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

USAO-MA-0038569

8

1  about 45 minutes and could not find it, and that's

2  how I lost my phone.

3      MR. HOO:  Okay.

4      MR. ROWAN:  The next day what I did -- I

5  couldn't do anything, it was dark, so I couldn't do

6  anything, lost-and-found nobody found it.  I asked

7  the person in the shuttle if they found my phone.

8  Nobody found it there.

9      So the next morning I called as soon as we

10 woke up, because to be honest with you guys I was

11 concerned because I was supposed to be handing my

12 phone in to the attorneys so -- and it bothered me,

13 like it bothered me not just -- I didn't like it.

14 So anyway -- plus, all my children's pictures are

15 on my phone, so -- and especially the ski trip and

16 watching them go down, so that was real bothersome

17 things, I really wanted to find it.

18      I called lost-and-found the next morning I

19 think maybe 8:00, 7:55.  They weren't open yet.

20 Took a shuttle back down to lost-and-found before

21 the kids got there, and went to lost-and-found and

22 the lady said, "We found a phone.  I don't know if

USAO-MA-0038570

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   it's yours," and I said, "Okay.  Great.  I've got

24   to take a look at it."

25          And at lost-and-found there's tons of

USAO-MA-0038571

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

9

1  phones.  People lose their phones, lose ski gloves,

2  I mean, I guess that's what happens.  So, anyway,

3  when she brought out -- when she handed me the

4  phone, it was my phone.  The reason I knew it was

5  my phone, No. 1, it was -- it looked like an

6  iPhone 5 and black and my case was very specific.

7  It was a black with a little piece -- on conference

8  calls and everything I can kind of set it down and

9  it leaned up on its own, so I could tell it was my

10  case.

11       And the lady told me, because it was

12  destroyed at that point, I looked at it and I'm

13  like, "What the hell happened to my phone?" and she

14  said that she believes it was run over by like a

15  snow plow or a snow cat is what they call them,

16  which is the thing that kind of levels the snow so

17  you can ski the next day, and that's how I lost my

18  phone.

19       MR. HOO:  Okay.  And then after you got

20  your phone back, what happened?

21       MR. ROWAN:  After that I -- it was gone, so

22  what I did -- so now this is January 23rd --

USAO-MA-0038572

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. HOO:  Right.

24      MR. ROWAN:  -- morning, and my phone is

25  very important to me, too, for work purposes, I

USAO-MA-0038573

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

10

1  always have people reporting to me.

2      Well, that night, January 22nd, I sent a

3  communication somehow, I think it was that night or

4  the next morning, told my team, "Hey, call me on my

5  son" -- my son has an iPhone 5 -- "Call me on his

6  phone number," so they were using that one, but

7  that morning I took the shuttle into town, into

8  Steamboat into town, and went to the Verizon store,

9  took that phone with me, because I went from --

10  directly from lost-and-found to the Verizon store.

11      And I asked the gentleman, I'm like, "Is

12  there any way you can get the information off this

13  phone and put it on the new phone for me," the

14  owner of the store or the clerk, and he said, "Not

15  a chance," it was not looking good.

16      MR. HOO:  Right.

17      MR. ROWAN:  So I said, "Okay."  So he -- on

18  January 23rd that morning I received a new phone, a

19  new iPhone 5S.

20      MR. HOO:  Okay.

21      MR. ROWAN:  And I kept the iPhone 5, the

22  one that was -- the lady told me was run over by

USAO-MA-0038574

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   the snow cat, so that is the story and that's what

24   happened, so --

25       MR. HOO:  And were they able to put

USAO-MA-0038575

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

11

1   anything back onto the new phone at all?

2       MR. ROWAN:  No.  He wouldn't even try it.

3       MR. HOO:  So you just basically had a

4   brand-new phone and started from scratch?

5       MR. ROWAN:  Yes, yes, and I kept the phone

6   and turned it in to the Deloit.

7       MR. KOSLOW:  So you lost all of your

8   contacts and everything?

9       MR. ROWAN:  Everything.

10      MR. KOSLOW:  Did you have anything backed

11  up?

12      MR. ROWAN:  No, sir.

13      MR. HOO:  You specifically know you didn't

14  have anything backed up or you didn't -- because

15  some things those are automatic and that happens

16  and --

17      MR. ROWAN:  Deloit asked enough questions

18  about backing it up.  I don't -- I'm not a real

19  technical person.  I don't do social networks or

20  anything of that stuff, so no, I didn't -- the

21  Cloud has been brought to my attention many times,

22  and no, I didn't do anything -- I know the cloud

USAO-MA-0038576

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  but I don't know what it does exactly, I guess it

24  backs things up, but no, I didn't -- I never -- to

25  my knowledge have ever backed anything up on a

USAO-MA-0038577

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

12

1   Cloud, and people are like, "Well, what about your

2   contacts?" you mentioned my contacts, well, I

3   can -- I put it back in there.  My wife and I share

4   most of the same, you know, people we know, so --

5   and my work people, you know, I sent out an email

6   asking them to share their contact with me so I put

7   it back in my phone.

8       MR. KOSLOW:  Sometimes I know with children

9   you can go ahead and transfer information from

10  phone to phone.  Is that capability something that

11  you had with your son's phone, have any information

12  on it that would have been on your phone?

13      MR. ROWAN:  No, sir, I kept them -- because

14  they've got new phones.  They got their phone

15  through Verizon just the same, and their numbers

16  that they contact are, you know, grandparents,

17  maybe a niece and nephew and uncle, me, my wife,

18  that's the extent of -- should be the extent of

19  their contacts and their information that they --

20  people that they --

21      MR. KOSLOW:  You said should but you don't

22  know for sure?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN: I would say yes, I know for

24   sure. I don't look at their phones, maybe I

25   should, but yeah, I don't know how in the world

USAO-MA-0038579

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

13

1  anything like that would happen, so --

2      MR. HOO:  All right.  So I know you

3  explained this a little bit.  I'm just trying to

4  understand.  So you're about to start this last

5  run, the Why-Not run, and your kids find some other

6  kind of routes to take, so you remember filming

7  them --

8      MR. ROWAN:  Yes, sir.

9      MR. HOO:  -- at the start of that last run

10  for you guys, so that's what you know, it was

11  sometime between 3:30 and 4:30 or something like

12  that?

13      MR. ROWAN:  It was between 3:30 and 4:30.

14  If I had to guess, it would be around 3:45.

15      MR. HOO:  And then you guys were already on

16  your way down this slope --

17      MR. ROWAN:  Yeah.

18      MR. HOO:  -- so you're coming down, you

19  stop and you're filming them, something like that?

20      MR. ROWAN:  Yeah, my wife got down with me

21  not further, but she was down.  I stopped while

22  they kind of came down so I watched them kind of

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  cut down towards her.

24        MR. HOO:  Actually, we have some maps of

25  this thing, and I don't -- that looks like -- so

USAO-MA-0038581

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

14

1  that would be the Why Not?

2      MR. ROWAN:  It would be a green one.  Yeah,

3  Why Not right there.

4      MR. HOO:  All right.  So do you know

5  roughly about where you think you were when you

6  were coming down this slope?

7      MR. LEE:  Where do you think you were when

8  you lost the phone?

9      MR. ROWAN:  Because this leads into

10  something else that goes down further for the kids,

11  like this is not -- this is not the end of the

12  mountain.  There is something down here.  So I

13  don't know if it was here or somewhere further

14  down, but on Why Not, if I had to guess -- the

15  reason I would -- remember I was, kind of, telling

16  you it --

17      MR. HOO:  Right.

18      MR. ROWAN:  -- it would have to be

19  somewhere right in here.  It would -- I'm not

20  saying it's this particular piece, but it would

21  have to be almost like on this zigzag piece because

22  the kids found a little cut-through from this

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   little path -- towards the end of this little path,

24   it was real small, probably about 15 feet, and zip

25   down in there like that.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

15

1      MR. LEE:  How long does it take you to come

2   down the run with your kids altogether roughly?

3      MR. ROWAN:  It depends.  If we're just,

4   kind of -- we're not really good skiers, so it

5   could probably take anywhere from 30 minutes to an

6   hour to do it depending on how they are feeling.

7   If they are complaining -- I have a seven, nine and

8   eleven-year-old, so, you know, there's a lot of

9   variables in that mix, so --

10      MR. HOO:  And that looks like a little bit

11   of a longer run, so --

12      MR. ROWAN:  Yeah, because you start up at

13   the top, you get here, you get back down.

14      MR. HOO:  So good skiers that probably

15   would take -- you know, with three kids with you

16   I'm sure that would take at least that long?

17      MR. ROWAN:  And I'm a problem skier by the

18   way, so there is the problem.  So, yeah, somewhere

19   in here was the -- it was something like one of

20   these little cuts -- can I write on this?

21      MR. LEE:  Yeah.  Can you mark with an X

22   where you think where you lost the phone?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN: But I can't, because I don't

24   know if it's -- I mean, I can mark an X here, an X

25   here. I mean, it's -- I'm pretty sure it's on Why

USAO-MA-0038585

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

16

1   Not, but I don't remember exactly where I was on

2   the mountain.

3        MR. HOO:  So now you're not sure if it was

4   on Why Not or --

5        MR. ROWAN:  No, it was on Why Not --

6        MR. HOO:  It was definitely on Why Not --

7        (unintelligible conversation.)

8        THE REPORTER:  One person at a time,

9   please.

10       MR. HOO:  All right.  So you definitely

11  think it was on Why Not?

12       MR. ROWAN:  Yes.

13       MR. HOO:  You know it was on why not?

14       MR. ROWAN:  Yes.

15       MR. HOO:  You're just not exactly sure

16  where?

17       MR. ROWAN:  I don't know if we were here,

18  here or here.  You know, if I had to guess, it

19  would probably be like here or here.

20       MR. KOSLOW:  Where did you videotape them?

21       MR. ROWAN:  That's what I'm talking about,

22  right there, right at that spot, because there is a

USAO-MA-0038586

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  little -- you can envision it, it's like a

24  little --

25      MR. KOSLOW:  Zigzag going around --

USAO-MA-0038587

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1      MR. ROWAN: Yeah, they thought they were

2   kind of cool, "Hey, dad, watch this," so they can

3   kind of come out and do their thing.

4      MR. LEE: Would you say that you still had

5   the phone in the first half of the run?

6      MR. ROWAN: I had the phone that I know of

7   until -- up to the time I took the picture -- or

8   the video.

9      MR. LEE: The video.

10     MR. ROWAN: Yes, sir.

11     MR. LEE: And so what would be the last

12  location on that map where you know you had your

13  phone?

14     MR. ROWAN: I don't -- hypothetically the

15  last place it would be would be right here that I

16  knew -- it was either here or here where I knew I

17  had the phone, because this was where I was

18  videotaping them coming down this little slip.

19     From that point I was videotaping, stopped,

20  put my phone back in a pocket, put my glove back

21  on, because I had my glove off obviously to

22  videotape, and we started back down the mountain.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23     MR. LEE:  That's where you think you

24  videotaped?

25     MR. ROWAN:  Either here or here.

USAO-MA-0038589

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

18

1     MR. LEE:  Okay.  Can you put "videotape"

2  and draw an arrow to those two spots where you

3  marked?

4     MR. ROWAN:  I have bad handwriting.  I

5  apologize.

6     MR. LEE:  This looks like this is the end

7  of the Why-Not run.  Is that right, or do you think

8  it went further down below this?

9     MR. ROWAN:  I don't really know to be

10  honest off the top of my head.  I knew when we got

11  on it, because it starts way up here.  This is the

12  one that the kids really liked, it was a green run.

13     MR. LEE:  Okay.  Do you remember on that

14  last run which route you took?  Did you take the

15  Thunderbird Express or the Business Quick Express?

16     MR. ROWAN:  I don't know, and what I

17  believe -- are you talking about -- is this trolley

18  thing you're speaking of?

19     MR. LEE:  I think this is the gondola.

20     MR. ROWAN:  I think the mountain goes

21  further down.  I think this takes you to the top of

22  the mountain.

USAO-MA-0038590

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. LEE:  Right, but I think the Why-Not

24  run, it looks like on this map that it ends here.

25  What I'm asking you, is that correct or not?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

19

1       MR. ROWAN:  To be honest with you this is

2   my first time ever skiing at Steamboat.  I don't

3   know.  I'm not a very good skier, but is it in

4   there, I don't know.  I could just tell you that's

5   the one my children wanted to go on the last run of

6   the day and that's how I know that.

7       We didn't take a gondola down to the bottom

8   of the mountain.  We rode it all the way down.  So

9   whatever this one turned into, it turned into

10  probably another run if that's what you call it.  I

11  don't know the terminology exactly, but this is

12  where the one we were on, and we skied all the way

13  down to the bottom of the mountain, the base of the

14  mountain.

15      MR. HOO:  Roughly, and I know it's been a

16  couple of months, but roughly from the time that

17  you remember filming, which is the last time you

18  remember specifically having the phone --

19      MR. ROWAN:  Sure.

20      MR. HOO:  -- to when the run ended, about

21  how much time do you think passed?  I mean, you

22  probably started up on that last run sometime

USAO-MA-0038592

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   around 3:30 or so?

24         MR. ROWAN:  It was 3:30, say it took us 45

25   minutes to get down to an hour, so 4:30 by the time

USAO-MA-0038593

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1  I got onto the shuttle, waited there with the

2  family, got our gear, started heading up, what is

3  that?  3:30 we'll say to 4:30 to 4:45, I was back

4  down -- ask the question one more time.  I'm

5  sorry.

6      MR. HOO:  So at what point do you think the

7  run ended?

8      MR. ROWAN:  It could have been probably

9  longer, 4:30 -- right around 4:30 it ended.

10      MR. HOO:  And so about halfway through the

11  run you filmed them sometime earlier than that, so

12  maybe --

13      MR. ROWAN:  Yeah, yeah, I don't -- to be

14  honest with you --

15      MR. HOO:  I understand.

16      MR. ROWAN:  -- I don't know the time period

17  it took us to get from here to here.  Like I said,

18  it could have been really quick or long I'm

19  assuming, and the kids, they wanted to do these

20  little things because it was the last run of the

21  day, so they wanted to slow it down and have some

22  fun, so that's -- like I said, I don't think it

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   took us longer than an hour to get down that

24   mountain, so I don't --

25        MR. HOO:  You said the phone had a case?

USAO-MA-0038595

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

21

1    MR. ROWAN:  Yes, sir.

2    MR. HOO:  What kind of case was it?

3    MR. ROWAN:  Just a black -- nothing fancy,

4  not an auto-box --

5    MR. HOO:  Just this kind of thing, just

6  like a --

7    MR. ROWAN:  Yeah, just very similar --

8    MR. HOO:  Did it have a clip or anything?

9    MR. ROWAN:  Yeah, I have this exact case,

10  but not it was similar -- more this rubbery stuff

11  on the back, and on the back it had, like, a little

12  dial so you can set it up on.

13    MR. HOO:  So no clip or anything like that?

14    MR. ROWAN:  No, and I still have the case

15  at the house.

16    MR. HOO:  And where did you keep the phone,

17  which pocket?  Like jacket pocket?

18    MR. KOSLOW:  What kind of clothing did you

19  wear?  I know you're not trying to make a fashion

20  statement --

21    MR. ROWAN:  Columbia ski gear is what we

22  bought before we left.

USAO-MA-0038596

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. KOSLOW:  How many pockets does it

24   usually have?  Is that the zip pockets or the

25   velcro pockets?  Do you remember?

USAO-MA-0038597

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

22

1    MR. ROWAN:  I think it's zip pockets,

2  because it has an interior jacket and exterior

3  jacket, and it was warm enough -- it has that new

4  material -- I don't know what you call it -- but,

5  anyways, that hot, so I never -- I don't believe I

6  was wearing exterior.  I believe I was just wearing

7  an interior jacket which is puffy, it's very warm,

8  so I had to either put it in that pocket, which I

9  believe was a zip pocket, or I put it in my pants

10  pocket, which was --

11    MR. KOSLOW:  But you would have had to open

12  up the jacket to get to the pants pocket, though,

13  so you probably put it in your jacket pocket?

14    MR. ROWAN:  If I it had -- because it was

15  longer too, I would imagine that -- I don't know to

16  be honest with you.  I put it in a pocket I know,

17  because I had to put my glove back on.  It was

18  cold --

19    MR. KOSLOW:  After you zipped that pocket

20  back up?

21    MR. ROWAN:  Yeah.  I'm not -- I wish I

22  could tell you if I put it in -- if I zipped it up

USAO-MA-0038598

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  or not.  I don't --

24        MR. KOSLOW:  Would you consider the pockets

25  to be deep?

USAO-MA-0038599

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23

1      MR. ROWAN:  Average.

2      MR. KOSLOW:  Sufficient enough to take the

3  whole phone --

4      MR. ROWAN:  Yeah, yeah, a hundred percent,

5  because what I would do -- it even had a pocket

6  here like inside that zipped and I would put my

7  wallet and phone, the problem was I put it in

8  different pockets all of the time.  I wasn't real

9  consistent and say, "Okay, here's my wallet, my

10  phone pocket, here's my" -- you know, I just didn't

11  think much about it, because I wouldn't have

12  figured it would have fallen out if that's how I

13  lost it, so --

14      MR. HOO:  Okay.  So you put it in your

15  pocket and you went on your way, you guys get down

16  to the bottom, and roughly we're talking about 4:30

17  maybe you got to the bottom?

18      MR. ROWAN:  Sure.

19      MR. HOO:  And then you gathered the kids

20  up, and you guys kind of make your way to a

21  shuttle?

22      MR. ROWAN:  To a shuttle, yes, sir.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23       MR. HOO:  Okay.  And specifically what

24   point do you remember not having the phone?  Was it

25   when you were at the bottom?  Was it --

USAO-MA-0038601

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

24

1       MR. ROWAN:  We were on the shuttle --

2       MR. HOO:  So you're on the shuttle?

3       MR. ROWAN:  You know, the shuttle kind of

4   goes around and it starts up the mountain, it's

5   like a little bus shuttle, right, so, anyway, we're

6   going up the mountain, and, remember, we're all

7   kind of getting ready to make plans probably for

8   dinner or something, we're with other families, and

9   I'm like let me call and I have no phone to call,

10  and that's when I'm like, "Oh, shit," and I looked

11  at my -- sorry, and I looked at my wife and I'm

12  like, "Where is my phone?" and she is like, "I

13  don't know."  I'm like, "What do you mean you don't

14  know?"  You know, I don't know.  So we kind of went

15  through a little -- I don't want to call it panic

16  but I'm like -- so --

17      MR. HOO:  So you're on the shuttle when you

18  realize you don't have your phone --

19      MR. ROWAN:  Yes.

20      MR. HOO:  -- and you start looking for it?

21      MR. ROWAN:  Yes.

22      MR. HOO:  And you ask your wife, you check

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   your kids to maybe see if they had it?

24        MR. ROWAN:  Looking to see and all that

25   stuff and it was not there.

USAO-MA-0038603

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

25

1      MR. HOO:  The shuttle to the destination is

2   approximately how long of a ride, approximately?

3      MR. ROWAN:  20 minutes maybe.  It's short.

4   It's not long.

5      MR. HOO:  Okay.  Then you get to your

6   destination which is the base or --

7      MR. ROWAN:  Where were we?

8      MR. HOO:  From the shuttle --

9      MR. ROWAN:  We were heading up to --

10   because the day was over.  We were heading back to

11   the condo, and that's when I noticed when we were

12   on the way back.

13      MR. HOO:  So then you get to the condos?

14      MR. ROWAN:  Well, yeah, we figured this out

15   on the way up there, so I got them out.

16      MR. HOO:  At the condos?

17      MR. ROWAN:  The condo, and the shuttle took

18   me back down.

19      MR. HOO:  So then you went back to where

20   you started --

21      MR. ROWAN:  Yes, sir.

22      MR. HOO:  -- on the shuttle, and that

USAO-MA-0038604

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   when's you started looking around or you --

24       MR. ROWAN:  I went straight to lost-and-

25   found at that point.

USAO-MA-0038605

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

26

1        MR. HOO:  We have a picture.  That's the

2   lost-and-found building.

3        MR. ROWAN:  Which one?

4        MR. HOO:  It's this one, Gondola A, at

5   least that's what it says.  Does that look right to

6   you?  I know this is kind of an overhead shot.

7        MR. ROWAN:  Yeah, the little town, the

8   little square area right there, that sounds

9   appropriate, sounds right, because I remember when

10   I walked around there was a -- the guy who dropped

11   me off -- this is the medical piece right here.

12        MR. HOO:  It looks like it.

13        MR. ROWAN:  The guy dropped me off

14   somewhere right here, because I remember someone

15   being pulled over on a stretcher, so I do remember

16   that, and then I kind of walked my way this way to

17   it I guess coming this way if I'm correct, and then

18   the mountain I'm assuming is somewhere over here

19   now.  You probably know better than I.

20        MR. HOO:  I don't.

21        MR. ROWAN:  I'm trying to figure it out,

22   but the mountain is over here somewhere.  So I went

USAO-MA-0038606

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  here. They didn't have it. I filled out the

24  lost -- the lost report, I don't know, lost-and-

25  found report, whatever it is.

USAO-MA-0038607

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

27

1      MR. HOO: So when you went here, who did

2   you talk to? Do you remember? Male? Female?

3      MR. ROWAN: Female.

4      MR. HOO: Okay. You didn't get her name?

5      MR. ROWAN: I believe they all volunteer.

6   This is not real organized.

7      MR. HOO: Okay.

8      MR. ROWAN: I mean, it's organized in a way

9   that there is a specific room, but I don't know if

10   they have people who are paid people, paid

11   employees to run that, I don't know.

12      MR. HOO: Okay. So you went there sometime

13   after you got back, so this is probably -- it's a

14   20-minute ride, you get on the shuttle about 4:30,

15   you get to the condos maybe sometime before 5:00,

16   just based on the timing, you get back there

17   sometime before 5:30 I'd imagine, 5:15 or so?

18      MR. ROWAN: Yes, sir.

19      MR. HOO: You go to lost-and-found and you

20   speak to the young woman there?

21      MR. ROWAN: Older woman.

22      MR. HOO: Older woman, okay, because she is

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   volunteering, she's a senior citizen.

24       You asked about phones?

25       MR. ROWAN:  Yes.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

28

1      MR. HOO:  And you said they had a lot of

2   phones?

3      MR. ROWAN:  They had a ton of phones.

4      MR. HOO:  So did you -- were you able to

5   look through some of the phones they had or --

6      MR. ROWAN:  Yeah, they were in a basket,

7   and I looked through the phones that they had

8   there, and not one was mine.

9      MR. HOO:  Okay.  And at that point she said

10  you should fill out  a --

11     MR. ROWAN:  I said, "What can I do?"

12  because at that point, to be honest, I'm like, "I

13  need my phone," you know, this phone -- they want

14  to look at my phone, and I'm like, "They need my

15  phone, plus I need my phone for my pictures," so

16  I'm a little bit more concerned.  She's just kind

17  of like, "Phones get lost every day," I'm more

18  like, "I need my phone," so from that point after I

19  filled it out --

20     MR. HOO:  She asked you to fill out the

21  form at that point?

22     MR. ROWAN:  I asked her if I recall

USAO-MA-0038610

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23    correctly. I'm like, "Do you have something I can

24    fill out in case you do find it," my wife's number

25    or my kid's number or something like that.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

29

1       MR. HOO:  Okay.  And, actually, just to

2  back up for one quick -- do you remember when you

3  were first notified that -- preserving your phone

4  and the phone was going to be something that was --

5  that we were going to be requesting from you, do

6  you remember when that was, going way back when

7  they first told you that?

8       MR. ROWAN:  The subpoena.  I guess

9  that's -- it had to be within a month before we

10  went skiing I'm sure.

11      MR. HOO:  Okay.  All right.  So does that

12  look like the form you filled out for the lost

13  item?

14      MR. ROWAN:  Yeah, that's my ugly

15  handwriting.

16      MR. HOO:  Okay.

17      MR. LEE:  Just to keep all of these

18  pictures straight, I'll label these pictures.  The

19  first one is the -- it looks like the overall trail

20  map of the Steamboat Springs, we'll number that 1,

21  No. 2 will be the Why-Not run, No. 3 will be the

22  lost-and-found building, and then No. 4 will be the

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  lost-item report.

24        MR. COHEN:  Can I interject with a couple

25  questions?

USAO-MA-0038613

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

30

1    MR. HOO:  By all means.

2    MR. COHEN:  When you went back up the

3  mountain with the volunteers on the 22nd, do you

4  remember names or any other identifying information

5  of the guy that you went up with?

6    MR. ROWAN:  It was a volunteer, not teers,

7  it was one person.  It was a gentleman wearing a

8  cowboy hat.  Like I said, the volunteers are all

9  over the mountain.

10    MR. COHEN:  Age?  Color hair?  Mustache?

11    MR. ROWAN:  He was an older gentleman, kind

12  of very similar to the woman's age.  I would

13  imagine gray hair, really, really nice gentleman

14  and --

15    MR. COHEN:  Tall?  Short?

16    MR. ROWAN:  I'm sorry?

17    MR. COHEN  Tall or short?

18    MR. KOSLOW:  Was she shorter than you?

19    MR. ROWAN:  Most people are.  I'm 6'4'', so

20  most people are a little under me, and I don't mean

21  that in a smart-ass way.  I'm just saying most

22  people are small, so, yeah, probably shorter than I

USAO-MA-0038614

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  if I had to guess.

24        MR. LEE:  What would you estimate height

25  and weight?

USAO-MA-0038615

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

31

1      MR. ROWAN:  I'm sorry?

2      MR. COHEN:  Heavy?  Slender?  What was his

3  build like?

4      MR. ROWAN:  Probably average build.  He was

5  not heavy.  Most people who volunteer on the

6  mountain are somewhat in shape folks.

7      MR. LEE:  Can you estimate --

8      MR. COHEN:  Any regional accents?

9      MR. ROWAN:  Regional accents?  It didn't

10  sound any different than how I speak, so no, I

11  don't think there was an accent that I heard.

12      MR. LEE:  How about height and weight?  Can

13  you estimate the man wearing the cowboy hat?

14      MR. ROWAN:  And I'm not trying to be smart,

15  but you want me just to throw a guess out there,

16  because I don't -- I mean, you guys realize I was

17  walking up a mountain looking for a phone not

18  really paying attention to him.

19      MR. LEE:  I don't want you to guess, but if

20  you remember if you can estimate, I think you can

21  provide that to us.  If you can't --

22      MR. KOSLOW:  And was he comparable to your

USAO-MA-0038616

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  height --

24      MR. ROWAN:  No.

25      MR. KOSLOW:  -- or was he significantly

USAO-MA-0038617

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

32

1  shorter to you?

2      MR. ROWAN:  And he wasn't tiny but he

3  wasn't -- he was an average-height gentleman.

4      MR. KOSLOW:  5'10"?  5'9"?  5'11"?  6

5  foot?

6      MR. ROWAN:  You're all asking me to put a

7  number on something that I can't put a number on

8  it.

9      MR. KOSLOW:  Could you see the top of his

10  cowboy hat?

11     MR. ROWAN:  I don't remember.

12     MR. KOSLOW:  Okay.

13     MR. LEE:  How about the lady at the lost-

14  and-found?  I think you said that she was elderly

15  or --

16     MR. ROWAN:  Not elderly.  She wasn't in a

17  wheelchair, but she was --

18     MR. LEE:  Do you have an estimate for her

19  approximate weight?

20     MR. ROWAN:  I would say she was probably

21  between the age of 60 and 65.

22     MS. LEE:  How about her height and weight,

USAO-MA-0038618

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   do you have an estimate for that?

24        MR. ROWAN:  She was behind a counter, and I

25   believe, if I'm correct -- I don't know -- I don't

USAO-MA-0038619

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

33

1  remember if she was in a chair or not, I don't

2  remember.  I mean, she wasn't taller than me I can

3  tell you that.

4      MR. LEE:  And how about the person that you

5  spoke to when you went back the next morning at the

6  lost-and-found?

7      MR. ROWAN:  I don't remember her.  It was a

8  lady, but I don't remember her physical features.

9      MR. LEE:  It wasn't the same lady that you

10  talked to?

11      MR. ROWAN:  I don't believe so.

12      MR. LEE:  You didn't get any names of any

13  of these people?

14      MR. ROWAN:  No, sir.  They -- if I recall

15  correctly, they were volunteers, but if you call

16  the resort for July or January 22nd and 23rd, we

17  could probably figure out who was volunteering at

18  that point.  I would imagine they keep some kind of

19  log.

20      MR. LEE:  Can you give us any further

21  description of the lady the next -- who brought out

22  the cell phone?  Was it in a box or how did that

USAO-MA-0038620

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  happen?

24        MR. ROWAN:  I don't -- I walked -- when I

25  walked down there from the shuttle, I went straight

USAO-MA-0038621

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

34

1  to lost-and-found, and I just walked up.  I don't

2  remember what the lady looked like.  I remember it

3  was a lady, because I think females work there for

4  whatever reason in that area, but -- and asked if

5  they found my phone, and I believe -- I don't

6  remember what she looked like.  I don't remember.

7      MR. LEE:  You don't remember her

8  approximate age range?

9      MR. ROWAN:  I do not.

10      MR. LEE:  How tall she was?  Whether she

11  was skinny or heavy-set?

12      MR. ROWAN:  No, sir.

13      MR. LEE:  How did you get your phone back?

14  Did she bring out a bunch of phones?

15      MR. ROWAN:  I don't remember.  I remember

16  she did -- I did receive my phone because it was

17  tore up, and I remember kind of -- I was probably a

18  little distraught about the whole thing, because I

19  did have a lot of pictures on there, so I remember

20  asking, you know, "What happened to it?" because it

21  was mangled, maimed, and she -- I think she said

22  that she believes it was a snow cut or a snow plow

USAO-MA-0038622

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   that probably ran it over, so that's the extent of

24   what I remember of that.

25        MR. KOSLOW:  Did she mention who found it?

USAO-MA-0038623

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

35

1    MR. ROWAN: No. I didn't ask.

2    MR. LEE: So when you walked into lost-and-

3 found, you didn't have your phone on you; correct?

4    MR. ROWAN: No, sir.

5    MR. LEE: Okay. And somehow someone

6 brought it out to you. How did you get your phone

7 back? Did someone --

8    MR. ROWAN: No. As I said, I walked to

9 lost and found to the counter and asked the person

10 if they found my phone.

11    MR. LEE: And they had your phone?

12    MR. ROWAN: Yes, sir.

13    MR. LEE: Okay. And -- but you don't

14 remember how they brought it out to you?

15    MR. ROWAN: I don't remember how they

16 brought it out to me, no.

17    MR. LEE: Did they bring out just one phone

18 or did they bring out several phones?

19    MR. ROWAN: I don't remember, and I do

20 remember very well the day before they brought out

21 a little basket with all of the stuff, but that

22 morning I got my phone. I do not remember how they

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   brought it out to me, no, sir, I don't.

24        MR. LEE:  It's your recollection that it's

25   the lady that brought it out to you, the one that

USAO-MA-0038625
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

36

1   you spoke to?

2       MR. ROWAN: Yes, sir.

3       MR. LEE: Were there more than one person

4   behind the counter at lost-and-found?

5       MR. ROWAN: I don't remember.

6       MR. LEE: Do you remember speaking to

7   anybody else at the lost-and-found counter the

8   morning of the 23rd?

9       MR. ROWAN: On that Thursday morning, no.

10  If I recall correctly, there was one person there.

11  I mean, I was in a frenzy to find my phone. I

12  wasn't -- I don't know, it wasn't a leisure-type

13  environment at that point for me because I really

14  wanted to find my phone, plus I have a lot of

15  people who report to me and it's important for work

16  purposes to have my phone.

17      MR. KOSLOW: Is that your only phone? Do

18  you have a business phone or is that the primary

19  phone --

20      MR. ROWAN: That's it, that's everything.

21      MR. HOO: Sorry, we covered a lot of

22  different things. Bear with us. So going back to

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   this report, so you met the lady, you ask for the

24   phone, she brings out a basket of phones, it's not

25   in that basket, and then you ask her if she -- to

USAO-MA-0038627

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

37

1  fill out this lost-item report, which you do, and

2  this is --

3      MR. ROWAN:  My wife's cell phone.

4      MR. HOO:  That's your wife's cell phone

5  number.  They take that information, and they

6  indicate they will call you if they find it,

7  something like that?

8      MR. ROWAN:  Yeah, it wasn't -- I don't

9  think it was a big priority for them, but I just

10  asked -- the lady seemed nice, I'm like, "If

11  somebody returns my phone, please give me a call."

12      MR. HOO:  Do you know if there are business

13  hours at that lost-and-found?

14      MR. ROWAN:  I don't know what they are, but

15  yes, I do --

16      MR. HOO:  Probably when the slopes are

17  closed?

18      MR. ROWAN:  It was shortly thereafter when

19  the -- I got down -- I want to say -- because I

20  knew they closed at a certain time.

21      MR. HOO:  Right.

22      MR. ROWAN:  I don't know the hours.

USAO-MA-0038628

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. HOO:  Okay.  So was that the end of

24   your interaction with lost-and-found that evening?

25      MR. ROWAN:  Yes, sir.

USAO-MA-0038629

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

38

1    MR. HOO:  And then from there you went back

2  outside, and you found the volunteer at that point

3  or you --

4    MR. ROWAN:  Yeah, because what I was

5  doing -- they were getting everybody off the

6  mountain at that point, they're trying to get

7  everybody out of there, clean, do whatever they do,

8  so I walked up.  The gentleman asked me if he can

9  help me -- I don't know his exact words, but

10  basically can I help you and I'm like, "Well, I

11  lost my phone."

12    MR. HOO:  This was the cowboy-hat guy?

13    MR. ROWAN:  Yeah.  "I lost my phone.  Do

14  you mind if I walk up as far as I can where I know

15  our kids and I were kind of goofing around and I

16  did fall," you know, and I'm like, "and I fell a

17  lot," he was asking me about falling.  It was

18  pretty much the whole run.

19    So I went up to one particular place where

20  I fell because my kid was there, and I tried to

21  look around that area, and it's a big mountain.

22  You don't think of how big it is when you're

USAO-MA-0038630

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   skiing, but walking up it's a monster.  So he

24   helped me look as long as he could, and it just

25   kind of --

USAO-MA-0038631

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

39

1      MR. HOO:  About how long do you think you

2  went --

3      MR. ROWAN:  Probably 30 minutes.

4      MR. HOO:  Okay.

5      MR. ROWAN:  A pretty good period of time

6  walking up and back down that thing.

7      MR. HOO:  It was probably getting dark,

8  too?

9      MR. ROWAN:  Yeah --

10      MR. HOO:  So the two of you kind of

11  traverse up the hill which is not easy to do

12  either.

13      MR. ROWAN:  No, because it started getting

14  more and more steep.

15      MR. HOO:  So you're about 30 minutes into

16  it.  Can you estimate how far you think you got

17  doing that?  Could you even estimate, show us on

18  the map how far you think you got --

19      MR. ROWAN:  I don't believe this is it --

20  do you mind if I --

21      MR. HOO:  Yeah, please.

22      MR. ROWAN:  If you can help me figure out

USAO-MA-0038632

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   where this is -- the town is --

24        MR. HOO:  I believe that is --

25        MR. ROWAN:  Because the part that we walked

USAO-MA-0038633

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

40

1  up like right, say, down in here somewhere there is

2  a place called -- I think it's called "Bears Claw

3  Condominiums," like condos that are like on -- to

4  the right, we walked from the base of the mountain

5  probably right to where those condos would be, it's

6  like a ski-in and ski-out type of -- kind of place

7  right there.

8      We walked probably wherever the base of the

9  mountain was right around that condo area and

10  looked around there, because I remember that's

11  where we were.

12     MR. HOO:  Is that where the run ends

13  roughly?

14     MR. ROWAN:  Yeah, it's kind of the base of

15  the mountain.  This little area is here.  You know,

16  I don't know how many yards up it is, but on the

17  right-hand side there is like a condo complex, a

18  big condominium ski-in, ski-out type of place.

19  People put their skis on and ski down the mountain

20  and get back on the lift.

21     MR. HOO:  So the run kind of ends there,

22  and then you kind of make your way towards this

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  where you pick up the shuttle?

24      MR. ROWAN:  Yes, exactly.  You kind of --

25  you ski down to this town area, one of these sides,

USAO-MA-0038635

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

41

1   whatever side it is, I think it's over here

2   actually, so you ski down, you take off your stuff,

3   and the shuttles are right here -- here are the

4   shuttles actually.  These little slits right here,

5   this is where the shuttles come.

6        So you kind of walk over here somewhere,

7   you walk to the little town, go up the stairs and

8   get to your shuttle and your shuttle gets you back

9   up to the mountain over there.

10       MR. HOO:  So from here you walked somewhere

11   back this way towards the mountain?

12       MR. ROWAN:  Yeah, yes.  If you can

13   envision, the lifts and everything are probably

14   over here somewhere on this side.  I mean, they are

15   all over, but the one that -- the green is where we

16   spent most of our time was over here somewhere.

17       MR. HOO:  So you and the cowboy are looking

18   for your phone?

19       MR. ROWAN:  Yes, sir.

20       MR. HOO:  Maybe 30 minutes or so?

21       MR. ROWAN:  Yeah, and -- yeah, like I said,

22   I think it was getting darker, one, but, two, when

USAO-MA-0038636

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   you get on the mountain you realize how big it is,

24   it felt it wasn't going to happen.

25        MR. HOO:  Okay.  So you're done there and

USAO-MA-0038637

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

42

1  you -- what happens?  You leave?  You go to lost-

2  and-found again?  You go to --

3      MR. ROWAN:  After that part with the

4  cowboy, I got the shuttle back up --

5      MR. HOO:  You get back on the shuttle --

6      MR. ROWAN:  Because there is nothing else

7  for me to do to be honest with you.

8      MR. HOO:  You said you asked the shuttle

9  driver if they had found a phone; is that right?

10     MR. ROWAN:  Yeah, when I got back in the

11  shuttle, I'm like, "Hey, did you find a phone in

12  here?" and he said no, because I don't know where I

13  lost it.  I'm assuming -- you know, I knew the time

14  period because I knew the last time I had it, but I

15  did not -- I didn't know -- maybe when I got in the

16  shuttle maybe it was on there, wherever.  I didn't

17  know where it was.

18     But following on the 23rd, that day on the

19  23rd when they found my phone, obviously it was on

20  the mountain somewhere.

21     MR. HOO:  Okay.  So you get back on the

22  shuttle, you go back to the condo, you're

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   distraught, you're upset, whatever --

24        MR. ROWAN:  Yeah, we go to dinner that

25   night.

USAO-MA-0038639

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

43

1    MR. HOO:  You start using your son's phone

2  to some extent?

3    MR. ROWAN:  Yes.

4    MR. HOO:  Okay.  And you said you sent

5  out -- you communicated with some of your

6  people that --

7    MR. ROWAN:  It was either via email or --

8  in an email -- I don't remember how exactly I did

9  it, but I told people to contact me via my son's

10  cell phone, and he was a little upset -- not upset

11  but he's like, dad, I want my phone.

12    MR. KOSLOW:  You said some of your people.

13  Which people?

14    MR. ROWAN:  People who work for my

15  management team.

16    MR. HOO:  Do you remember who?

17    MR. ROWAN:  I imagine it would be Karen

18  Hill, one of my managers, Jeff Pearlman, one of my

19  managers, Bryan Richman, one of my managers, Bryan,

20  Jeff, Karen, maybe Oliver, another one Oliver

21  Gauthier, one of my managers, but probably those --

22    MR. HOO:  Anybody like maybe your bosses or

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   anybody above --

24        MR. ROWAN:  Maybe Allen Rovokoff might have

25   been one.

USAO-MA-0038641

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

44

1      MR. HOO:  Okay.  But you don't remember how

2   you communicated this?

3      MR. ROWAN:  It's either -- no, I don't.  I

4   don't know if I used my son's to send out a text

5   or --

6      MR. HOO:  Do you know all of those numbers

7   off the top of your head?

8      MR. ROWAN:  No.

9      MR. HOO:  So how would you have used your

10   son's phone to --

11      MR. ROWAN:  That's what I'm saying is I

12   think what I did was I probably emailed out a

13   notification to them, "Hey, guys, I lost my phone.

14   If you need something, call me on my son's" --

15      MR. HOO:  Do you have a work laptop or

16   something like that?

17      MR. ROWAN:  Yes.

18      MR. HOO:  And you had it with you?

19      MR. ROWAN:  I had the iPad with me.

20      MR. HOO:  You had the iPad?  So would that

21   have been a way you did it?

22      MR. ROWAN:  Yes, sir.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. HOO:  Send an email -- so you can

24   access your account through your iPad, and you sent

25   out maybe a blast email or something like that?

USAO-MA-0038643

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

45

1    MR. ROWAN: Yes, sir.

2    MR. HOO: Did you contact anybody else

3 regarding -- to let them know about your phone?

4    MR. ROWAN: Not that I recall. And if you

5 asked me the names, those are the people I would

6 send it to. I don't remember exactly what I did,

7 but I did let some people know that my phone was

8 lost and to contact me via my son's phone.

9    MR. KOSLOW: Was the information off your

10 phone synced in any way to your iPad?

11    MR. ROWAN: No, because it was a work

12 email. Even though it's a work phone, it's more

13 personal than it is work still. I mean, there is

14 really no defining phone for work and personal if

15 that makes any sense. We didn't have -- a lot of

16 people just use one phone. There is not two

17 phones, one for work and one for personal use.

18    MR. HOO: Okay. So that evening on the

19 22nd, right, is that what we're talking about, was

20 there anything after you sent the email, you just

21 go hang out with family. Anything else you did

22 relative to the phone?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN: No, sir, no, sir.

24      MR. LEE: I'm not trying to -- did you say

25   you do or you do not have two phones, one for work

USAO-MA-0038645

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

46

1   and one for personal use?

2        MR. ROWAN:  I do not.

3        MR. LEE:  You just use one phone for both

4   purposes?

5        MR. ROWAN:  Yes, sir.

6        MR. HOO:  The next morning you get up and

7   you call lost-and-found or you just go there?

8        MR. ROWAN:  I called I believe first to see

9   if they were open.  I wanted to do it right away,

10   and I don't believe I received an answer and that

11   is what got me on the shuttle going down there.

12        MR. HOO:  Approximately what time do you

13   think you got up to do that?

14        MR. ROWAN:  7:30, 7:45 approximately.

15        MR. HOO:  So you call them, no answer

16   maybe --

17        MR. ROWAN:  They probably weren't open when

18   I called is what I assume, so I got on a shuttle

19   and went down there.

20        MR. HOO:  And you said when you first went

21   there, there was nobody there at first or there

22   was?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. ROWAN: No, no, no. When I went to

24   lost-and-found, there was somebody there.

25        MR. HOO: And that would have been maybe

USAO-MA-0038647

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

47

1   what time do you think approximately?

2       MR. ROWAN:  These are real guesstimation

3   times.

4       MR. HOO:  We're not going to hold you to

5   it.

6       MR. ROWAN:  Maybe 7:45 and 8:30, you know,

7   the time it took to get down the mountain to get in

8   there.

9       MR. HOO:  Okay.  So you went there that's

10  when you talked to the lady that John asked you

11  about?

12      MR. ROWAN:  Yes, sir.

13      MR. HOO:  And so when you walked in -- and

14  this was a different lady from what you remember?

15      MR. ROWAN:  I believe it was, I believe it

16  was.  I'm not sure about the lady.  The first day I

17  kind of have more of a recollection of what she

18  looked like.  The second day I don't remember to be

19  honest with you.  I know it was a female.

20      MR. HOO:  Okay.

21      MR. ROWAN:  And I was kind of maybe excited

22  did you find my phone, you know, and she said she

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   found it, and I'm like -- they said -- I don't know

24   her exact words, but they had the phone and they

25   gave it to me --

USAO-MA-0038649

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

48

1        MR. HOO:  So she specifically said that she

2   had your phone, she knew from what you remember?

3        MR. ROWAN:  I asked if they had found an

4   iPhone 5 black, because I filled out one of these

5   things, I lost an iPhone with a black case, I don't

6   know if those were my exact words, but I described

7   the phone.  She said they found it and handed it to

8   me --

9        MR. HOO:  So from what you recall, it

10   wasn't like the previous evening where they brought

11   a basket out and is this one of your phones?

12        MR. ROWAN:  Yeah, I don't recall.  I don't

13   remember that at all.  I remember very well the

14   first day but not the second day when they gave me

15   my phone, and this is assumptions, I'm assuming

16   they probably found it or turned it in the next

17   morning or that night late, so maybe, you know, I

18   don't know what they do with their phones, I

19   couldn't guess, but maybe that's why that one was

20   not in the basket, I couldn't tell you.

21        Because I looked at the phone -- maybe if

22   you see the phone, my phone is somewhere, Deloit or

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   somebody has the phone, if you look at the phone

24   you would be like -- like it looks like it got

25   crushed, run over, so she gave it to me, and I

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

49

1   remember her saying it was probably a snow cat or

2   snow plow running over it.

3        MR. HOO:  Did she give you any other

4   details -- did she say anything about who turned it

5   in when --

6        MR. ROWAN:  No, sir.

7        MR. HOO:  It was destroyed and she

8   speculated that it was maybe run over?

9        MR. ROWAN:  Yeah.

10        MR. HOO:  Something like that?

11        MR. ROWAN:  And I'm assuming this happens a

12   lot, that's why it's really not a big deal to them,

13   you know, on the mountain.

14        MR. HOO:  It's not her phone; right?

15        MR. ROWAN:  Exactly.

16        MR. HOO:  I did see a picture, and on the

17   picture I saw there was no memory chip where the

18   memory chip would normally be, the sim card, you

19   know the little card that you can transfer from

20   phone to phone.  I don't know if you're familiar

21   with that.  It contains the memory -- or some of

22   the information on the phone.  Sometimes when you

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  get a new phone, you can take that out and put --

24  it looked like that was missing in the picture.  Do

25  you remember if there was --

USAO-MA-0038653

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

50

1     MR. ROWAN:  No, sir.

2     MR. HOO:  Okay.

3     MR. ROWAN:  I don't -- sim cards used to be

4  with the Droids.  I don't know -- didn't know

5  iPhones had a sim card on it.

6     MR. HOO:  They do.  It's just -- it would

7  be like that.

8     MR. ROWAN:  Yeah, I completely -- because

9  when I had a Droid I had a --

10     MR. HOO:  So it looks like this might be

11  the tray for it, something like that.  Anyway,

12  just it wasn't in the picture, so do you remember

13  seeing it or anything?

14     MR. ROWAN:  No, sir.

15     MR. HOO:  All right.  So they had the

16  phone, they gave it to you, explained what kind

17  of -- what happened to it?

18     MR. ROWAN:  Yes.

19     MR. HOO:  Okay.  And then what happened,

20  then what did you do?

21     MR. ROWAN:  Got on a shuttle again, went to

22  town, I found a Verizon store, went to one Verizon

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   store which was -- they didn't have my phone that I

24   was looking for.  They had an iPhone 5C, or

25   whatever it was, it was a colorful one, I was like

USAO-MA-0038655

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

51

1  I can't have a light-blue phone, so I called the

2  other Verizon store, got a ride to the other

3  Verizon store, that's where they gave me the new

4  phone.

5       MR. HOO:  So this was all that morning you

6  were trying to find a phone, the Verizon store --

7       MR. ROWAN:  Yes, sir, and I have the

8  receipt or whatever from it, so the time would be

9  on there what time I was there I would imagine.

10       MR. HOO:  This is Go Wireless?

11       MR. ROWAN:  Yes, sir.

12       MR. HOO:  And you picked up the shuttle

13  here in town or whatever this little village is,

14  you took it from there to where the cell phone

15  store was?

16       MR. ROWAN:  Yeah, to the first cell phone

17  store, and then this was the second cell phone

18  store.

19       MR. HOO:  Was this close to the other one?

20       MR. ROWAN:  Steamboat is pretty small, so

21  yeah.

22       MR. HOO:  They are all within the same kind

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  of community?

24        MR. ROWAN:  Yeah, it's not like I went too

25  far to go.  It had to be in that area.

USAO-MA-0038657

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1      MR. LEE:  Do you remember the name of the

2   street that the first cell phone store was at?

3      MR. ROWAN:  No, but I'm pretty sure that --

4   there is only two Verizon -- I'm pretty sure there

5   is only two Verizon dealers, if you would, or

6   authorized retailers for Verizon, so I went to the

7   first one, and I remember the guy was kind of very

8   unhelpful, and so then I went to the second one,

9   and at the second one that's where I got the phone.

10      MR. LEE:  You went to the second store

11   because the first store didn't have a phone that

12   you were looking for?

13      MR. ROWAN:  Yes, sir.  They had a -- for

14   lack of a better word that color blue phone, and I

15   didn't really want that kind of phone.

16      MR. LEE:  What's the name of the condos

17   that you were staying at?

18      MR. ROWAN:  I don't know off the top of my

19   head.

20      MR. MCVICKER:  I just have to leave right

21   now.  I'm on another call, so thank you very much.

22      MR. ROWAN:  Thank you, sir.

USAO-MA-0038658

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. LEE:  How long of a shuttle ride is it

24   from the condo to the base of the mountain to lost-

25   and-found?

USAO-MA-0038659

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

53

1       MR. ROWAN:  If I had to guess, there is a

2   lot of factors -- I mean, how many people are they

3   picking up on the way up and down, it's not like

4   you get picked up and go straight down, but I would

5   imagine more than 15, 20 minutes.

6       MR. LEE:  Is that the morning on the 23rd

7   when you went from your condo to lost-and-found how

8   long did it take approximately?

9       MR. ROWAN:  It couldn't have been more than

10   15 -- you mean from the condo to the lost-and-

11   found?

12       MR. LEE:  Yes.

13       MR. ROWAN:  It couldn't have been more than

14   15, 20 minutes.

15       MR. LEE:  So when you went from your

16   condo -- you called first, and then you took the

17   shuttle to the lost-and-found --

18       MR. ROWAN:  Yes, sir.

19       MR. LEE:  -- and then from -- how long were

20   you at the lost-and-found?

21       MR. ROWAN:  I walked in and they had it, so

22   it couldn't have been more than five minutes I

USAO-MA-0038660

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  would imagine.

24       MR. LEE:  This would be approximately what

25  time?

USAO-MA-0038661
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

54

1       MR. ROWAN:  I would say before -- I

2   couldn't give you the exact time --

3       MR. HOO:  7:45 to 8:30?

4       MR. ROWAN:  Sorry, I didn't mean to repeat

5   you.  What -- does it say the time on -- is there a

6   time on here?

7       MR. LEE:  That says 10:02.

8       MR. ROWAN:  So it makes sense, because I

9   went to one -- say I was there until 8:30, had to

10  get the shuttle from there, from the lost-and-

11  found, went on and got on a shuttle.

12      MR. LEE:  To the first store.

13      MR. ROWAN:  Shuttle to the first store,

14  first store to the second store where I received

15  the phone.

16      MR. LEE:  How long were you at the first

17  Verizon store?

18      MR. ROWAN:  It had to be right before

19  9 o'clock, because the guy was late actually.  If

20  I'm -- he was late, whatever time that person

21  opened, which I believe would be 9:00, it was like

22  9:05, I'm like, "Where is this guy at?" and he kind

USAO-MA-0038662

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   of walked in like a typical Colorado Steamboat

24   skiing kind of guy, he walked in late, so he told

25   me what phone he had and then told me the other

USAO-MA-0038663

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

55

1  direction.

2      In fact, I was about to start walking, and

3  I did start walking but the shuttle guy came back

4  around, which he should have done because I tipped

5  him and he picked me up and he took me to the other

6  store.

7      MR. LEE:  Did you show -- so you had your

8  damaged phone with you when you went to the first

9  Verizon store?

10      MR. ROWAN:  Yes, sir, and the second one as

11  well.

12      MR. LEE:  Did you show the person that you

13  spoke to at the first Verizon store your damaged

14  phone?

15      MR. ROWAN:  I don't believe so.

16      MR. LEE:  How come?

17      MR. ROWAN:  Because he didn't have the

18  phone I needed.  I mean, it wasn't like, "Hey, here

19  is my phone."  I was looking to see if they had a

20  phone first, and they didn't have the phone, and he

21  was not real helpful, so I had limited expectations

22  of what this gentleman was going to do for me, and

USAO-MA-0038664

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   when they didn't have the phone, I asked him if

24   there was another store in town that I could go

25   to.  He referred me to this one.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

56

1      When I got to this store, when they had the

2   phone I showed him my phone and I said could you

3   somehow -- you know, if they have like a connector,

4   I'm like, "Can you try to connect it from one to

5   another?" and he said it didn't look -- he couldn't

6   do it.

7      MR. LEE:  He probably could have told you

8   whether he thought that the data could be

9   transferred from your damaged phone to any phone;

10   right?

11      MR. ROWAN:  Yeah, he said it -- he didn't

12   try it because he didn't think it could be done.

13      MR. LEE:  Did you talk to him about it?

14      MR. ROWAN:  Yes, of course.

15      MR. LEE:  So this is the first guy?

16      MR. ROWAN:  No, no, no.  The first guy I

17   went in to, he didn't have the phone.  He was very

18   unhelpful, so I asked him, "So where is another

19   phone place I can go?"

20      MR. LEE:  So you didn't talk to the first

21   guy at all about the damaged phone --

22      MR. ROWAN:  No, not at all.

USAO-MA-0038666

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. LEE:  You showed the second guy at the

24   second --

25        MR. ROWAN:  The second guy who had the

USAO-MA-0038667

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

57

1   phone, and then I showed him -- sorry, I didn't

2   mean -- so the second gentleman, when he had the

3   phone, I showed him the phone and asked if it could

4   be -- for lack -- so I asked if he could put my

5   information from one to another with this.

6       MR. LEE:  And what did he say?

7       MR. ROWAN:  He said no.

8       MR. LEE:  Do you remember what he looked

9   like, this second person?

10      MR. ROWAN:  He is the owner of the store, I

11  believe.

12      MR. LEE:  Do you remember his name?

13      MR. ROWAN:  No.  You're going to ask me his

14  age, I don't know, he was a middle-aged gentleman,

15  probably 60, 65 years old, I believe gray hair, I

16  could be wrong, kind of crotchety guy, but he

17  turned out to be a really nice fellow.

18      MR. HOO:  Not the one with the cowboy hat?

19      MR. ROWAN:  No, he was not wearing a cowboy

20  hat, I don't believe he was wearing a cowboy hat,

21  and that's all I can kind of -- so did I answer

22  your question?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. LEE:  Yeah.

24        MR. HOO:  Going back to lost-and-found real

25   quick, when they gave you your phone back, receipt

USAO-MA-0038669

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

58

1  or something like that, "Hey, we gave Mr. Rowen a

2  phone"?

3        MR. ROWAN:  No and -- no, nothing, and, in

4  fact, I asked for, you know -- I don't remember if

5  I asked for a copy of this, and I don't remember if

6  she gave me a copy or I had to make two copies for

7  myself.  I don't think she had a copy machine to be

8  honest.  I don't remember.  They didn't really

9  care.  I mean, when I say they had more lost-and-

10  found stuff --

11        MR. HOO:  But this is a copy of what you

12  filled out, then?  This is a copy of a copy?

13        MR. ROWAN:  The form that I actually had?

14        MR. HOO:  Yeah.

15        MR. ROWAN:  I don't think they had a copy.

16  I might have taken the original. I don't remember

17  exactly what happened, but I know I made sure I got

18  a copy of the lost-item report.

19        MR. HOO:  Okay.  So maybe you made the

20  copy?

21        MR. ROWAN:  Maybe.  I apologize.  I don't

22  know if I actually just made -- handwrote another

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   one of what the other one exactly said so that way

24   they had a copy and I had a copy, but I knew -- I'm

25   almost positive they didn't have a copy machine --

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

59

1       MR. HOO:  You think you filled that out

2   twice, then, is that what you're saying possibly?

3       MR. ROWAN:  Potentially, yes, sir, and I

4   apologize for not being real clear on this, but I

5   remember when the lady -- I'm almost positive they

6   didn't have a copy machine, and I'm like, "Well, I

7   need a copy of it."  I think she gave me the

8   original or I made a copy, another copy.  I don't

9   remember, because I know I handwrote this myself,

10  because they didn't have --

11      MR. HOO:  That's your handwriting?

12      MR. ROWAN:  Yes.

13      MR. HOO:  So you filled it out?

14      MR. ROWAN:  So I don't -- like I said, they

15  weren't real -- it wasn't high priority for them,

16  these reports weren't real important to them.

17      MR. HOO:  All right.  So you go to the

18  Verizon store, they take care of you, they give you

19  a phone, and they reactivate it with your old

20  number?

21      MR. ROWAN:  Yes, sir.

22      MR. HOO:  At that point there is nothing in

USAO-MA-0038672

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   it because it's a brand-new phone, you couldn't

24   transfer anything in to it, you're starting all

25   over?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

60

1    MR. ROWAN:  Yes, sir.

2    MR. HOO:  And did you at that point -- or

3  at what point did you maybe contact other people to

4  let them know, okay, I'm back on the line, I've got

5  a phone again?

6    MR. ROWAN:  I don't know if I sent out a

7  text or a phone call or more people started calling

8  me back.  I probably sent out a text message or

9  something for work purposes, because even though it

10  was vacation, I was still working.

11    MR. HOO:  But you didn't have any of those

12  cell phone numbers to text in your phone at that

13  point because you just got it; right?

14    MR. ROWAN:  Yes, but what I asked that

15  people to do was share with me their numbers via

16  text if I recall correctly so that way I could --

17  that way I can just -- where it says iPhone you can

18  just hit the button and hit save and their contact

19  information saves in there.

20    MR. HOO:  At what point did you notify your

21  counsel that my phone is gone?

22    MR. ROWAN:  I believe it was -- I know I

USAO-MA-0038674

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23    talked to them on the 23rd, which is that Thursday

24    morning --

25         MR. HOO:  Right.

USAO-MA-0038675

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

61

1      MR. ROWAN:  -- when I had my phone up and

2   running again, that's when I definitely know -- I

3   don't know if I called that night and told Rebecca,

4   I probably didn't because I was waiting for the

5   next day to see if they had it, but that morning I

6   called and said, "Hey, I lost the phone, you know,

7   I went and saved all of this information so you

8   have some proof that I have it or that I" -- you

9   know, here is what -- here is the steps I took

10  after I realized that I didn't have my phone any

11  longer.

12     MR. HOO:  Did you have a question about the

13  phone?

14     MR. KOSLOW:  You mentioned earlier that

15  you're walking up the mountain trying to find the

16  phone and you saw some machinery coming down.  What

17  type of machinery was it?

18     MR. ROWAN:  I didn't say machinery

19  coming -- actually, what they were doing, they were

20  going -- did I say that?  I don't think I said -- I

21  apologize if I did.  What they do is they have the

22  big snow cats and the ski patrol and everybody

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  going up and getting ready to get their stuff.

24         MR. KOSLOW:  The ski patrol like on snow

25  mobiles or --

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

62

1        MR. ROWAN:  Yeah, making sure everything is

2   cleared, the mountain is clear.  I hope I'm

3   answering the questions thoroughly, because I'm

4   trying my best.  Like I said, this has been a

5   period of time and I don't remember everything

6   exact but I'm pretty darn close.

7        MR. HOO:  You are, and we appreciate you

8   coming in and your time.  I know it's been a little

9   while.  I can barely remember what I did last

10  week.

11       Your -- after it's all kind ever resolved,

12  you lost the phone, damaged phone, found it, got a

13  new one, then you notified counsel maybe the day

14  after you said?

15       MR. ROWAN:  On the 23rd.  I think after I

16  was there, I went back to the condo, got my kids,

17  the family, tried to enjoy the day a little bit

18  more, then I remember being on the -- I remember

19  being very specific being on the base of that

20  mountain kind of right around that area where the

21  lodge and everything is -- or down at the base of

22  the mountain calling Rebecca, and my wife looking

USAO-MA-0038678

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   at me like, "Are you really using the phone again

24   for work?"

25        Yeah, I guess I am.  My kids are like,

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

63

1   "Come on," so I remember that very well being --

2   actually in the skis talking to her on the phone.

3       MR. HOO:  Were you advised at that point to

4   just hold on to the damaged phone, and -- I mean,

5   you obviously were already holding it?

6       MR. ROWAN:  Yeah, I don't --

7       MR. PACHECO:  I think it's okay to ask him

8   when he did -- getting into the attorney-client

9   communication of what we specifically talked about,

10  but I think you can still get to where you need to

11  go by asking him what he did.

12      MR. ROWAN:  I don't remember if she told me

13  but I wanted for my --

14      MR. PACHECO:  So just tell him what you

15  did.  You don't have to tell him -- and Rebecca is

16  counsel in my firm, Rebecca Barnhardt.  She is the

17  lawyer.

18      You don't have to say about the discussions

19  with her or with me, but just tell him what you did

20  if you remember.

21      MR. ROWAN:  To be honest -- that's how I

22  talk, to be honest with you, that's what I always

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   say, so I don't mean it like that, but I want --

24   I'm an open book in everything that I do in my

25   life, and I'm very honest, and when all this stuff

USAO-MA-0038681

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

64

1  was going on, I wanted to make sure that I did

2  everything in my power, God forbid I sit in front

3  of a room with a bunch of gentleman talking about a

4  cell phone that I know that I did everything in my

5  power to find that lost phone or anything that I

6  could, so I kept it.  I don't remember if anybody

7  informed me -- you know, advised me too or not,

8  but --

9       MR. HOO:  Okay.

10       MR. ROWAN:  -- but I knew myself -- I put

11  it back in the box, you know, I shipped it back or

12  I carried it back with me from Colorado all the way

13  back to Panama City, Florida, because it meant

14  that -- I knew I needed it --

15       MR. LEE:  Do you remember approximately

16  when you were first asked to turn over your phone?

17       MR. ROWAN:  I don't.  I apologize.  I don't

18  remember.  I know our HR department was on the

19  phone with me to meet with somebody, an attorney,

20  telling me that we had been subpoenaed and they

21  would like our information, that's the first time I

22  heard of it.  I don't remember the date, but I

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   remember who was on the phone.

24        MR. LEE:  Was it before you went on your

25   ski vacation?

USAO-MA-0038683

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

65

1    MR. ROWAN:  Yes, sir, yes, sir.

2    MR. LEE:  How long before?

3    MR. ROWAN:  I don't know.  I don't know

4  when she called me, but I could tell you it was the

5  middle of the day, it was before lunch time,

6  because I remember exactly where I was, I was

7  looking at a pitching machine for my kids, so I

8  don't remember the date, though.

9    MR. LEE:  A pitching machine where?

10    MR. ROWAN:  A pitching -- I was in my car

11  going to look at a pitching machine for my kid's

12  baseball team.

13    MR. LEE:  Where were you going to?

14    MR. ROWAN:  Where was I going to?  Look at

15  a pitching machine.

16    MR. LEE:  Yeah.  Where?

17    MR. ROWAN:  Panama City, Florida.

18    MR. LEE:  Any particular sporting good

19  store?

20    MR. ROWAN:  No.  Someone was selling it.  I

21  think it's called "Iron Mike."  If you know

22  anything about baseball, it's one of the big

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   machines you put a bunch of balls in it for a

24   batting cage.

25        MR. LEE:  Did you -- did you transfer any

USAO-MA-0038685

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

66

1  data from your cell phone after you found out your

2  phone would need to be turned over?

3      MR. ROWAN:  No, sir.

4      MR. LEE:  Did you transfer any pictures

5  from your cell phone after you found out that the

6  government wanted your cell phone?

7      MR. ROWAN:  Did I transfer pictures?

8      MR. LEE:  Yes, from your cell phone.

9      MR. HOO:  You said you had pictures, a

10  bunch of kid videos, whatever --

11      MR. ROWAN:  No, sir -- yeah, no.

12      MR. HOO:  -- off your phone so you can make

13  sure you can retain them because --

14      MR. ROWAN:  No, I would think y'all would

15  destroy them anyway, so no, I did not.

16      MR. HOO:  You didn't do anything then to

17  prepare for turning your phone over?

18      MR. ROWAN:  No, sir.

19      MR. HOO:  I mean, some people might want to

20  contact -- copy everything in there --

21      MR. ROWAN:  I don't have girlfriends and

22  such, so I'm good.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23          MR. HOO:  And that's exactly where we're

24  going with this.  Not at all.

25          Getting back to this real quick, is this

USAO-MA-0038687

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

67

1  the phone case of the box that your new one came

2  in?

3       MR. ROWAN:  Yes, sir.

4       MR. HOO:  So when you -- when they gave it

5  to you at lost-and-found it was just loose like

6  here you go, because obviously they didn't have a

7  box or anything or did they give it to you in a

8  bag --

9       MR. ROWAN:  No, no, they -- if I recall --

10  the case might have still been on it.

11       MR. HOO:  Okay.

12       MR. ROWAN:  Because it was -- you can see

13  it looked -- it was not in good shape, so the

14  case -- I believe the case was still on it, and

15  then I took the case off --

16       MR. HOO:  Okay.

17       MR. ROWAN: -- and kind of like, you know,

18  looked at the other side of the phone, because I

19  didn't realize this was the front side of the

20  phone, the back side of the phone.

21       MR. HOO:  So you carried it in like that

22  loose basically to the store, and then you put it

USAO-MA-0038688

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   in the box that they gave you when you bought the

24   new phone?

25        MR. ROWAN:  Yeah, and I probably threw it

USAO-MA-0038689

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

68

1   in a bag at one time and then put it in the box.  I

2   don't remember when I put it in a box, but it just

3   seemed a little bit more -- a better place that way

4   I wouldn't lose --

5        MR. HOO:  Okay.

6        MR. ROWAN:  And believe it or not, having

7   kids and people in the house, I was very happy to

8   continue -- that was very difficult to keep.

9        MR. HOO:  Phone questions?

10        MR. KOSLOW:  Just one quick question, I

11   know that I'm meticulous about trying to keep

12   things in a certain place in my pockets, I keep my

13   badge on this side, phone on this side so I can

14   know exactly where it is.  In the Columbia jacket

15   that you had and you only had the internal, you

16   didn't have the external --

17        MR. ROWAN:  No, I had a pocket, pocket and

18   one here as well, yes, sir.

19        MR. KOSLOW:  Okay.  Do you remember where

20   you put the phone?

21        MR. ROWAN:  I don't.  I'm sorry.  I'm

22   trying to think about -- honestly, what I'm

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   thinking about right now sitting on the mountain,

24   ski poles in the ground, taking off the gloves,

25   which one would I -- I imagine it would be my left

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

69

1  hand, I imagine it would be my left pocket, it

2  would either have been here or here, because out of

3  habit I think I would -- that doesn't feel

4  comfortable, so I probably would do it with my left

5  hand.

6      MR. KOSLOW:  So you remember having to --

7  sometimes you think you put it in one pocket but

8  sometimes maybe it's not there, did you remember

9  possibly fumbling around a little bit or trying to

10  search for the phone when you were trying to go

11  ahead and take the video of the children?

12      MR. ROWAN:  I don't remember.  I'm sorry, I

13  mean, I'm trying to be real honest, I'm trying to

14  be as honest as I can.  Like right now I have my

15  wallet here.  I didn't bring a phone in today,

16  and -- because I just didn't want to get

17  interrupted.  My wallet is sometimes in my back

18  pocket, sometimes in my front pocket.  I don't --

19      MR. KOSLOW:  Because I know your interest

20  is probably, well, I want to take this moment and

21  go ahead and get videos of the children and they're

22  probably more interested getting down the slope so

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   you're having to slow everything down and stop it

24   at that moment, so you would probably be a little

25   hurried to get to the phone as quickly as possible,

USAO-MA-0038693

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

70

1  allow them to continue on down the slope --

2      MR. ROWAN:  Because what happened, once

3  they get there, they start going again, so I'm

4  trying to put all my crap back on, and I'm --

5      MR. KOSLOW:  Right.

6      MR. ROWAN:  When I say I'm not a good

7  skier, I'm not a good skier, and for some reason if

8  you all have skied and you have little kids and I'm

9  trying to catch back up with them and my wife, and

10  so I don't remember what hand it was or what

11  pocket.  I do know -- I can't tell you that I was

12  keeping it in the zip pocket.  There is one right

13  here, a zip pocket there, here and here.  I don't

14  think there was a specific, you know, this is --

15      MR. KOSLOW:  You think you conscientiously

16  went to go ahead and zip it up to be able to go

17  ahead and make sure that it didn't pop out,

18  because, you know, you're pretty rigorously going

19  down a hill, and you said earlier that you fell

20  down a couple of times --

21      MR. ROWAN:  Yeah, I thought I did, but if I

22  would have zipped it up, I don't know how in the

USAO-MA-0038694

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   world it would have fallen out.

24        MR. KOSLOW:  So the likelihood is that you

25   did not zip it back up again?

USAO-MA-0038695

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

71

1       MR. ROWAN:  The likelihood is -- what you

2   said, I was probably in a rush and tried to put it

3   in there and just went cruising down and I probably

4   fell a few times on the way down anyway, so -- you

5   know, like I said, one spot we went and walked, and

6   the reason I walked up that mountain at that one

7   spot because I remember I fell and I remember where

8   my kids -- I think my -- for some reason we were

9   right here, and I remember the Bear condominium was

10   there, and I fell there, that was the easy, last

11   part of the mountain, and there I am on the ground

12   like an idiot, you know?

13       MR. KOSLOW:  Is it a well-traveled area

14   would you say --

15       MR. ROWAN:  Yeah, that mountain during that

16   time --

17       MR. KOSLOW:  Snow cats fit in that area?

18       MR. ROWAN:  Yeah, it's a big, big

19   mountain.  That area -- I don't believe -- and I

20   might be -- where we walked is -- I'm pretty sure

21   is where I was, and we didn't see it.  It's a

22   black, right, a black phone, black case on a

USAO-MA-0038696

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   white -- you know, it's like that pen on that

24   paper.

25        Even if it's a big area, I thought we would

USAO-MA-0038697

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

72

1  see it if it were there, and it wasn't -- you know,

2  I couldn't find it.  We looked for a while, and I'm

3  a pretty determined guy, and I really wanted to

4  find that phone, so I don't remember, but I would

5  imagine -- back to the original question, it would

6  be my left hand.

7      MR. HOO:   Did you have any other questions

8  about the phone?

9      MR. LEE:  Nope.

10      THE REPORTER:  I'm sorry, can we take a

11  break?

12      MR. HOO:  Yeah.

13      (Off the record.)

14      MR. HOO:  All right.  So we had a couple of

15  follow-ups on the phone and what we wanted to cover

16  since the phone is gone basically kind of get an

17  idea of what would be on the phone, like the nature

18  of the kind of communications that were on the

19  phone so we can have a sense of -- and maybe who

20  you were communicating with so that this would give

21  us potentially other avenues of where we can

22  recover some of this information, but did we have

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   some other, kind of, follow-ups on the actual trip

24   and the ski trip and the phone?

25       MR. LEE:  Maybe a couple.  I guess -- let

USAO-MA-0038699

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

73

1   me go back for a second.  You mentioned this

2   conversation with HR sometime probably in January?

3       MR. PACHECO:  When you got the subpoena.

4       MR. ROWAN:  Yes, I don't remember exactly

5   the time period, but yes, sir.

6       MR. LEE:  Was it your understanding when

7   you had this conversation with HR that you yourself

8   had been subpoenaed, not just the company?

9       MR. ROWAN:  Yes, sir.

10      MR. LEE:  Okay.  Did you find out that the

11  company had been subpoenaed earlier than that?

12      MR. ROWAN:  I'm not real sure.  I don't

13  believe I did.

14      MR. LEE:  You found out at the same time

15  that the company had been subpoenaed and you had

16  been subpoenaed?

17      MR. ROWAN:  I didn't differentiate to be

18  honest with you.  I didn't realize the difference.

19      MR. LEE:  Okay.  When you had this

20  conversation with HR in January, you were aware

21  that you yourself had been subpoenaed?

22      MR. ROWAN:  Yes, sir.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. LEE:  And you were aware what the

24  subpoena sought?

25      MR. ROWAN:  I don't know.  I don't remember

USAO-MA-0038701

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

74

1   if that's what they told me right there, but I

2   remember they told us some of us subpoenaed.

3        MR. LEE:  Were you aware that the data on

4   the cell phone was covered by the subpoena?

5        MR. ROWAN:  Yes, sir.  I don't know if it

6   was that day that I became aware of it, but I don't

7   know when I became aware of it.

8        MR. LEE:  Were you aware before you went on

9   your ski trip?

10       MR. ROWAN:  Yes, sir.

11       MR. LEE:  I'm sorry, I think -- I'm not

12  sure if I heard you correctly, but I think you

13  indicated that you -- there were some friends on

14  the ski trip.  Did you hook up with any friends at

15  Steamboat Springs or did any of the INSYS people --

16       MR. ROWAN:  No.

17       MR. LEE:  Did you meet up with any INSYS

18  people on the ski trip?

19       MR. ROWAN:  No, sir.

20       MR. LEE:  Did you go with any friends or

21  hook up with any friends on this ski trip, or was

22  it strictly your family?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. ROWAN:  Well, my family, we were there

24   with our -- my family. and then we met two other

25   families there.

USAO-MA-0038703

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

75

1      MR. LEE:  And who were these other

2   families?

3      MR. ROWAN:  You want their names?

4      MR. LEE:  Yes.

5      MR. ROWAN:  Mike and Lynn Sears.

6      MR. LEE:  Mike and Lynn Sears, S-e-a-r-s?

7      MR. ROWAN:  Uh-huh.

8      MR. LEE:  And are these friends of yours

9   from Florida?

10      MR. ROWAN:  Uh-huh.

11      MR. LEE:  And where do they live?

12      MR. ROWAN:  Panama City, Florida.

13      MR. LEE:  And do they have kids?

14      MR. ROWAN:  They do.

15      MR. LEE:  And who was the other family that

16   you met up with?

17      MR. ROWAN:  Doug Pesce, Doug and Kim Pesce

18   are friends of mine.  They actually met us later in

19   the week and stayed downstairs.  It's a two-story

20   condo.  They stayed in the one downstairs.

21      MR. LEE:  In the same condo that you and

22   your family were?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN:  Yes, sir.

24      MR. LEE:  How do you spell their last name?

25      MR. ROWAN:  P-e-s-c-e, Pesce.

USAO-MA-0038705

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

76

1      MR. LEE:  And are they also residents of

2   Panama City?

3      MR. ROWAN:  No.  Atlanta, Georgia.

4      MR. LEE:  Okay.  Did you have any

5   conversations with any of the Pesces about your

6   cell phone while you were there?

7      MR. ROWAN:  Yes.

8      MR. LEE:  What was the nature of those

9   conversations?

10      MR. ROWAN:  I lost my phone, and it's a big

11   deal because it was subpoenaed and that's why, that

12   was the nature of the call -- or the conversation.

13      MR. KOSLOW:  Any other conversations other

14   than just the loss of the phone?

15      MR. ROWAN:  No, sir.

16      MR. KOSLOW:  Any discussions about what was

17   in the -- the content of the subpoena as far as

18   attorney go over any types of documents or any

19   types of phone information?

20      MR. ROWAN:  No, just that they needed my

21   phone.

22      MR. LEE:  Did you have any conversations

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  with -- I'm sorry, what was the name of the other

24  couple?

25        MR. ROWAN:  The Sears, Mike Sears, Mike and

USAO-MA-0038707

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1  Lynn Sears.

2      MR. LEE:  Did you have any conversations

3  with either the Pesces or the Sears about what

4  contents from the cell phone would be retrievable

5  if the phone got lost or damaged?

6      MR. ROWAN:  No, sir, because I don't know.

7      MR. LEE:  Did you have any conversations

8  with anybody about what data from a cell phone can

9  be retrieved in the phone got lost or damaged at

10  any time?

11      MR. ROWAN:  No, sir.

12      MR. HOO:  Even when you went to Verizon and

13  the crotchety guy said, "No, there is nothing I can

14  do about it," did he offer you any other -- hey,

15  contact Verizon or go to a specialist or anything

16  like that?

17      MR. ROWAN:  No, sir, not that I remember.

18      MR. LEE:  Was the loss of your phone purely

19  accidental?

20      MR. ROWAN:  Purely accidental.

21      MR. LEE:  It was not intentional in any

22  way?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN:  No, sir, not at all.

24      MR. HOO:  Any other questions on the

25  phone?  All right.  So the last thing we want to

USAO-MA-0038709

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

78

1   cover, then, the last section is the -- like I

2   said, kind of contents of the phone as it relates

3   to the kind of communications you had and who you

4   were communicating with, not specific

5   conversations, but, you know, people -- especially

6   if it's an iPhone, they will use it for -- well,

7   you can use the Internet, you can get on social

8   media, you can -- I know you said you don't really

9   do social media, but you might have your own hash

10   tag or something on Twitter.

11       MR. ROWAN:  No.

12       MR. HOO:  Or you could -- people use an

13   email, people use it for obviously texting,

14   iMessaging or regular text messaging and obviously

15   voice calls, so we kind of want to get a feel for

16   as it relates to in your position with INSYS as a

17   regional manager, you know, who you communicated

18   with and how you communicated with them, and I

19   imagine it would -- you tell me if it varied from

20   person to person or how it was if you can kind of

21   go through that for us, that would help us.

22       MR. ROWAN:  If I'm understanding the

USAO-MA-0038710

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   question --

24        MR. HOO:  I know I asked like seven

25   different things.

USAO-MA-0038711

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

79

1        MR. ROWAN:  That's okay.  I used voice,

2   just regular phone call like a normal people do, I

3   try to do that first and foremost, used text

4   messages, used email through the Outlook on our

5   server.

6        MR. HOO:  Okay.

7        MR. ROWAN:  And that's kind of what I did

8   with my phone.

9        MR. PACHECO:  Okay.  So did you call -- did

10   you have personal calls?

11       MR. ROWAN:  Yes, sir.

12       MR. PACHECO:  Did you have work calls?

13       MR. ROWAN:  Yes, sir.

14       MR. PACHECO:  Did you -- why don't you tell

15   them who in your company you generally would call

16   on that -- when using that phone?

17       MR. ROWAN:  The company Goheim Bagowen,

18   once in a while Mike Babbage, once in a while Matt

19   Palitano --

20       MR. HOO:  So with Mr. Babbage, how would

21   you typically communicate with him?  Was it all

22   three of the ways?  We talked about voice, email,

USAO-MA-0038712

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   text --

24       MR. ROWAN:  Yes, all three.

25       MR. HOO:  All three?

USAO-MA-0038713

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

80

1       MR. ROWAN:  All three, yes, sir.

2       MR. HOO:  Okay.  Matt Palitano?

3       MR. ROWAN:  Yes, sir.

4       MR. LEE:  How frequently on each?

5       MR. ROWAN:  Not that often.  He is the

6   CEO.  That was more of like personal ha, ha,

7   kidding around.  Not daily.  Is that a good

8   answer?  Not daily.

9       MR. HOO:  Weekly?  I mean, what -- I don't

10   tuck to my boss on the phone pretty much at all if

11   I can help it.

12      MR. ROWAN:  Weekly, weekly.

13      MR. LEE:  About once a week?

14      MR. ROWAN:  Once a week, yes, sir.

15      MR. HOO:  And it would vary between you

16   might pick up the phone, talk to him, he might call

17   you, it might be a text message, email --

18      MR. ROWAN:  Yes, sir.

19      MR. HOO:  -- all three of those?

20      MR. ROWAN:  All three -- I mean, yes, sir,

21   all three.

22      MR. HOO:  Okay.  He is the CEO?

USAO-MA-0038714

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. ROWAN:  Matt Palitano is VP of

24   marketing.

25        MR. HOO:  Would you have more contact, less

USAO-MA-0038715

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

81

1   contact or the same?

2        MR. ROWAN:  Very similar.  It's the same, I

3   would say the same.

4        MR. HOO:  Did you report to him to a

5   certain extent because he is the VP or --

6        MR. ROWAN:  No.  He is marketing.  We're --

7        MR. HOO:  Separate?

8        MR. ROWAN:  Yeah, we try to keep it

9   separate.

10       MR. HOO:  Social as well then or --

11       MR. ROWAN:  No.

12       MR. HOO:  Okay.  All right.  Who else?

13       MR. ROWAN:  Alec Brokal.

14       MR. HOO:  Okay.  And he is the --

15       MR. ROWAN:  VP of sales.

16       MR. HOO:  So frequency of the calls with

17   him or contact with him is?

18       MR. ROWAN:  Probably daily, and this is --

19   especially when I was a manager, right, the time

20   frame we're talking about when I'm the manager.

21       MR. LEE:  Okay.  What's your title now?

22       MR. ROWAN:  Regional Director of the East.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. HOO:  Okay.  And the types of the forms

24  of the communication?

25      MR. ROWAN:  All three.

USAO-MA-0038717

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

82

1       MR. HOO:  You talked about all three.

2       MR. ROWAN:  All three.

3       MR. HOO:  Would you differentiate

4   between -- I mean, would there be more -- with my

5   coworkers and some of the people I work with,

6   sometimes it's more goofing around and I might be

7   more apt to do texting between friends -- not

8   friends, but, you know -- when it's just kind of

9   work-related, it might be more email.  Was there

10   that kind of differentiation for you, if it was

11   very specific about work, it's going to be an

12   email?  If it's --

13       MR. ROWAN:  No.

14       MR. HOO:  -- something you need a quick

15   answer for it would be a phone call?

16       MR. ROWAN:  It can be all three.

17       MR. LEE:  If you had to estimate, let's say

18   with Mr. Brokal, what percentage of your

19   communications were email, what percentage were

20   text, what percentages were voice --

21       MR. HOO:  Voice, email or text, can you

22   separate that, can you give us an approximation?

USAO-MA-0038718

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. ROWAN:  It's difficult, because from an

24    email standpoint, there is sometimes multiple

25    emails go out to multiple people, you get replied

USAO-MA-0038719

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

83

1  on, so from me -- it's a difficult question.  I'll

2  personally say 33, 33, 33, a third each, maybe a

3  little bit more in email but, you know, however --

4  whoever started the conversation, him and I or

5  multiple people, so --

6          MR. LEE:  This would have been consistent

7  during 2012 and 2013?

8          MR. ROWAN:  Yes, sir.

9          MR. HOO:  Who was the -- backing up for

10  just for a moment, who was your in position when

11  you were --

12          MR. ROWAN:  We didn't have one.

13          MR. HOO:  Okay.

14          MR. ROWAN:  The company was growing, so we

15  didn't have one.

16          MR. HOO:  So you just had the -- I guess

17  the sales -- or district managers I guess then?

18          MR. ROWAN:  Uh-huh.

19          MR. HOO:  So you were one of those along

20  with -- Sunshine you said was one of the now

21  regional --

22          MR. LEE:  Sunrise.

USAO-MA-0038720

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. HOO:  Sunrise, I'm sorry.

24      MR. ROWAN:  Yes, sir, yes, that's exactly

25   right.

USAO-MA-0038721

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

84

1      MR. HOO:  So I know there were others in

2  lateral positions like yourself.

3      MR. ROWAN:  Yes, sir.

4      MR. HOO:  Okay.  And how many of those were

5  there at that time, approximately?

6      MR. ROWAN:  Approximately five.

7      MR. HOO:  Five others?  Can you name them?

8      MR. ROWAN:  Jeff Broman, Bryan Richman,

9  Sunrise Lee, myself, Darren Fila, F-i-l-a.

10      MR. KOSLOW:  Who is Oliver Gauthier?

11      MR. ROWAN:  He is a manager that works for

12  me, that's probably the original.

13      MR. HOO:  Okay.  So those were all

14  regional --

15      MR. ROWAN:  Yes, sir.

16      MR. HOO:  Some of those remain in those

17  positions?

18      MR. ROWAN:  Yes, sir.

19      MR. HOO:  And then yourself and Sunrise

20  were promoted?

21      MR. ROWAN:  Yes.

22      MR. HOO:  Okay.  All right.  So Alec

USAO-MA-0038722

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  Brokal.  Who else?  Getting back to the kind of the

24  communications.

25        MR. ROWAN:  From a work standpoint, we're

USAO-MA-0038723

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

85

1  talking about work, right?

2       MR. HOO:  Correct, unless it's really

3  interesting outside work.

4       MR. ROWAN:  Baseball.  No.  Then it would

5  be Sunrise potentially.

6       MR. HOO:  So nobody else in kind of the

7  upper management, then, the executive team?

8       MR. ROWAN:  Yeah, that was -- they've got

9  Matt, Mike and Alec, yeah, that's really it above

10  me at that point.

11       MR. HOO:  So did Alec have anybody else

12  like his right-hand man that you talked to or

13  anything like that, or are you guys the right-

14  hand --

15       MR. ROWAN:  We -- no, he didn't have

16  anybody.  If he had a question or whatever, he was

17  your main direct contact.

18       MR. HOO:  Did he have -- does he have like

19  an assistant or admin assistant or something like

20  that?

21       MR. ROWAN:  He does now.

22       MR. HOO:  But at that time no?

USAO-MA-0038724

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. ROWAN:  No.

24        MR. HOO:  Is that somebody that is new to

25   the company or --

USAO-MA-0038725

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

86

1      MR. ROWAN:  She is relatively new, yes,

2  sir.

3      MR. HOO:  So those would be the three

4  primary people, the executive --

5      MR. ROWAN:  Yeah.

6      MR. HOO:  -- that you talked to?

7      MR. LEE:  Did you say when you switched

8  from being manager to regional director of the

9  east?

10      MR. ROWAN:  When?

11      MR. LEE:  Yeah, when did that happen?

12      MR. ROWAN:  About four months ago.

13      MR. LEE:  Toward the end of 2013?

14      MR. ROWAN:  Yes, sir.  That's an estimate.

15  You can find out from the company.  It's somewhere

16  in there.

17      MR. HOO:  Okay.  So Sunrise, she is also a

18  regional director?

19      MR. ROWAN:  Yes, sir.

20      MR. HOO:  Was she promoted around the same

21  time?

22      MR. ROWAN:  Yes, sir, same exact time.

USAO-MA-0038726

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. LEE:  I think, if I heard you

24   correctly, those are the only two regional

25   directors.  Was there a third one?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

87

1      MR. ROWAN:  There was a third one.

2      MR. LEE:  Who was that?

3      MR. ROWAN:  Beth McKinney, I don't really

4   know -- she was on the west, Beth McKay or McKee.

5      MR. LEE:  She is --

6      MR. ROWAN:  She was -- she is gone.

7      MR. HOO:  Left the company?

8      MR. ROWAN:  Yes, sir.

9      MR. HOO:  And she was a in a regional

10   director position --

11      MR. ROWAN:  She was.

12      MR. HOO:  -- at the same time?  She got

13   promoted at the same time you did?

14      MR. ROWAN:  They brought her on.  They

15   wanted three regionals at that time.

16      MR. HOO:  They promoted her or they brought

17   her on?

18      MR. ROWAN:  They brought her on from

19   outside.

20      MR. HOO:  When did she leave?

21      MR. ROWAN:  A couple weeks ago, a few weeks

22   ago.

USAO-MA-0038728

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. HOO:  Okay.  So you're the east?

24        MR. ROWAN:  Yes, sir.

25        MR. HOO:  And Sunrise is the west?

USAO-MA-0038729

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

88

1    MR. ROWAN:  Is the west.

2    MR. HOO:  That makes sense because of

3  sunrise.  It's the other way around, isn't it?

4    And then we had the other Beth who was also

5  covering part of --

6    MR. ROWAN:  She -- at that time she was

7  west, Sunrise was central and I was east.

8    MR. HOO:  So they split it in two?

9    MR. ROWAN:  Yes.

10    MR. HOO:  Did you gain more territory --

11    MR. ROWAN:  Yes.

12    MR. HOO:  -- in that?

13    MR. ROWAN:  Yes.

14    MR. LEE:  So it sounds like there isn't a

15  present intention to replace Beth McKinney or

16  whatever --

17    MR. ROWAN:  No, sir, I don't believe there

18  is.  Out of my pay grade, pay grade, I don't know.

19    MR. HOO:  Your communications with Sunrise,

20  it looks to me that you're communicating with all

21  three forms that we're talking about the same?

22    MR. ROWAN:  Yes, sir.

USAO-MA-0038730

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. HOO:  I would imagine that you talked

24  to her -- you tell me how often you talked to her.

25        MR. ROWAN:  Minimal.  Once every couple of

USAO-MA-0038731
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

89

1   weeks.  It was minimal.

2          MR. HOO:  She is like a parallel position

3   with you, you just don't really --

4          MR. ROWAN:  There is really no need.

5          MR. HOO:  But when you do, it's going to

6   be --

7          MR. ROWAN:  Once a week maybe.

8          MR. HOO:  Any of those three kind of

9   contacts?

10          MR. ROWAN:  Yes, yes, the same thing.

11          MR. LEE:  All right.  Is the east/west

12   boundary roughly, what, the Mississippi River or is

13   it -- do you know --

14          MR. ROWAN:  I think so.

15          MR. LEE:  That would make sense.

16          MR. ROWAN:  I have from Florida all the way

17   to the east coast, the entire way over to let's

18   say -- I don't have Texas, everything Texas -- this

19   side of Texas and over is pretty much mine,

20   Louisiana shared, Oklahoma, I have Oklahoma,

21   though -- I'm trying to think.  Tennessee I have

22   parts of, so everything from Tennessee, Kentucky I

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   have parts of, you know, everything over east of

24   that basically is mine.

25       MR. LEE:  Illinois would be Sunrise?

USAO-MA-0038733

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

90

1     MR. ROWAN:  Yes, sir, yes, sir.

2     MR. LEE:  East of that would be you?

3     MR. ROWAN:  Give me a state or a city and

4  I'll tell you.

5     MR. LEE:  Indiana, Michigan.

6     MR. ROWAN:  That's her.

7     MR. LEE:  Both of those states?

8     MR. ROWAN:  Uh-huh.  I just picked up

9  Ohio.  It's not exact.  It's spotty.

10     MR. HOO:  No, no, that's sounds like the

11  government.  You have roughly half the country,

12  ballpark it here, and you have corresponding sales

13  reps for each of those territories of

14  approximately -- or how many exact -- I'm sure you

15  know exactly how many sales reps you have.

16     MR. ROWAN:  We're growing so much.  I have

17  approximately 70.

18     MR. HOO:  How many?

19     MR. ROWAN:  70 reps.

20     MR. HOO:  So you have 70 reps, and then

21  above them are your sales managers?

22     MR. ROWAN:  Seven sales managers.

USAO-MA-0038734

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. HOO:  Okay.  So -- and that's the

24   correct term, sales manager?

25        MR. ROWAN:  Yeah, sale -- we call them

USAO-MA-0038735

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

91

1   regional sales managers but it's a sales manager.

2       MR. HOO:  You're the regional director?

3       MR. ROWAN:  Yes, sir.

4       MR. HOO:  So you have seven sales managers

5   under you and under them, and you obviously are

6   about 70 sales reps that cover this -- whatever

7   your territory is --

8       MR. ROWAN:  Sure.

9       MR. HOO:  -- the eastern side of the United

10  States.  Okay.  So do you have any direct contact

11  with the sales reps, the ones that are underneath

12  the regional sales managers?

13      MR. ROWAN:  Minimal.  I try to stay out of

14  that.

15      MR. HOO:  Let them do their thing --

16      MR. ROWAN:  Yeah.

17      MR. HOO:  Okay.  But you do have contact

18  with the seven --

19      MR. ROWAN:  Yes.

20      MR. HOO:  Can you name those?  I know you

21  probably already gave us some of them.

22      MR. ROWAN:  Oliver, it's funny I can't

USAO-MA-0038736

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   even -- Gauthier, it's G-a-u-t-h-i-e-r, I believe,

24   Oliver, Karen Hill --

25       MR. KOSLOW:  Bryan Richman.

USAO-MA-0038737

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

92

1       MR. ROWAN:  Richman -- I'm just waiting so

2    you can write them all down -- Jeff Pearlman, John

3    Groper, that's one P, we hired a brand-new one

4    Andrew Byars, B-y-a-r-s, I believe he is from

5    Ohio.  How many is that?

6       MR. HOO:  Six.

7       MR. ROWAN:  Who am I missing?  I've got

8    Jeff, Bryan -- Darin Cecil, my last one, D-a-r-i-n

9    C-e-c-i-l.

10      MR. LEE:  Can you tell us which territories

11   they cover?  Oliver?

12      MR. ROWAN:  Oliver is Atlanta, Karen is --

13   we call it Miami territory but it's Florida.

14   What's the next one you have?

15      MR. HOO:  Richman.

16      MR. ROWAN:  Bryan has Washington, D.c.

17      MR. HOO:  Pearlman.

18      MR. ROWAN:  We're going to call it

19   Philadelphia.

20      MR. HOO:  Groper.

21      MR. ROWAN:  New York, slash, New Jersey.

22      MR. HOO:  Byars is Ohio.

USAO-MA-0038738

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN:  Yup, Ohio.

24      MR. HOO:  Cecil.

25      MR. ROWAN:  Cecil is the Birmingham

USAO-MA-0038739

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

93

1   manager.  He has Alabama.

2        MR. HOO:  Your contact with each of these

3   is that -- would you say is the same, you talk to

4   Karen as much as you talk to Groper as much as you

5   talk to Cecil or does it vary with each of them?

6        MR. ROWAN:  It varies on what is going on.

7   If we have any -- it just varies what they have

8   going on.

9        MR. HOO:  In terms of your phone as it

10  relates to contacting them, being in touch with

11  these people, what would be the nature -- going

12  back to the original question about how you're

13  communicating, are we talking text messages?

14       MR. ROWAN:  All three.

15       MR. HOO:  All three?

16       MR. ROWAN:  The same thing, yes, sir.

17       MR. HOO:  I mean, these guys are out

18  probably doing a lot -- it's sometimes easier to

19  send text messages or emails --

20       MR. ROWAN:  They do it all.

21       MR. HOO:  Okay.

22       MR. ROWAN:  We communicate --

USAO-MA-0038740

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. HOO:  Voice as well?

24      MR. ROWAN:  Yes, sir, a lot of voice, too.

25   I would say a third, a third, a third.

USAO-MA-0038741

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

94

1        MR. HOO:  What are we talking about

2   frequency of phone calls?

3        MR. ROWAN:  Daily.

4        MR. HOO:  All of them?

5        MR. ROWAN:  Every day.

6        MR. HOO:  When you were a regional sales

7   manager, which was up until four months ago, you

8   reported to who?

9        MR. ROWAN:  Alec.

10       MR. HOO:  Directly to Alec?

11       MR. ROWAN:  Directly.

12       MR. HOO:  And what was your territory?

13       MR. ROWAN:  I had the -- we call it the

14   Miami territory.

15       MR. HOO:  Is that the one that Karen --

16       MR. ROWAN:  Karen Hill has now.

17       MR. HOO:  What was she when you were doing

18   that?

19       MR. ROWAN:  She was a rep.

20       MR. HOO:  She got promoted up to this

21   position?

22       MR. ROWAN:  Yes, sir.

USAO-MA-0038742

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. HOO:  So that was your territory?

24      MR. ROWAN:  Yes, sir.

25      MR. HOO:  So the doctors and everything

USAO-MA-0038743
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

95

1  that you communicated with as an RSM --

2       MR. ROWAN:  The same as hers.

3       MR. HOO:  Do you have contact with people

4  like that -- doctors or anything like anymore in

5  your current position?

6       MR. ROWAN:  Yes and no.  Like when we come

7  in town, I try to go see the big guys, the

8  important physicians.

9       MR. KOSLOW:  Who are some of the big guys?

10      MR. ROWAN:  In my region I would say you

11  have Dr. Gatt, Bart Gatts, Dr. Chun, C-h-u-n,

12  Dr. Ruan, R-u-a-n.

13      MR. HOO:  These are all in Miami?

14      MR. ROWAN:  Well, the Miami -- they fall in

15  the Miami --

16      MR. KOSLOW:  Sector? Division?

17      MR. ROWAN:  Yes.  Those are the big guys.

18      MR. KOSLOW:  You said Ruan, R-u-a-n?

19      MR. ROWAN:  Yes, sir.

20      MR. HOO:  And so you still have some

21  communication with these doctors?

22      MR. ROWAN:  Yes, sir.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23       MR. HOO:  And how would you communicate

24   with them?

25       MR. ROWAN:  Usually, voice, pick up the

USAO-MA-0038745

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

96

1  phone, call, maybe once in a while text, but mainly

2  voice.

3      MR. KOSLOW:  Do you ever entertain with

4  them?

5      MR. ROWAN:  When I get down, sometimes I'll

6  take them to dinner or things like that.

7      MR. HOO:  And that's primarily because they

8  were in your territory -- do you have that

9  relationship with other, you know, significant

10  doctors in the other territories even though that

11  wasn't a part of your territory?

12      MR. ROWAN:  Not as well, not nearly as

13  well.  Those guys I have just known for a long time

14  because I have been down in that area for a long

15  time.

16      MR. HOO:  Are there any other doctors that

17  you might have had contact with through your phone

18  whether it was email or through a voice call?

19      MR. ROWAN:  No, sir.

20      MR. HOO:  Just those three?

21      MR. ROWAN:  Yeah, those are the ones --

22      MR. HOO:  From your district when you were

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   there and nobody else from any of the other areas?

24        MR. ROWAN:  No, sir.  Those would the three

25   that come to mind.

USAO-MA-0038747

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

97

1    MR. HOO:  And the frequency is?

2    MR. ROWAN:  You know, once every three

3  weeks, maybe once every -- it's hard to say, maybe

4  once every three weeks.  I would say once every

5  three weeks.

6    MR. COHEN:  What about Dr. John Couch?

7    MR. ROWAN:  Dr. Couch, yeah, you can put

8  him on there, too, Dr. Couch.  You mean Patrick

9  Couch?

10    MR. COHEN:  John Couch, there's a

11  Patrick -- you tell me.

12    MR. ROWAN:  I don't know of a John Couch.

13  I think there is Dr. Patrick Couch.

14    MR. COHEN:  Where does he live?

15    MR. ROWAN:  Mobile, Alabama.  He is in with

16  Dr. Ruan.

17    MR. COHEN:  What about Paul Juan?

18    MR. ROWAN:  I try not to communicate very

19  much with Dr. Juan.

20    MR. COHEN:  Why is that?

21    MR. ROWAN:  My personality is a little

22  different than his.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. COHEN:  How so?

24      MR. ROWAN:  Just different.  He is a

25   little -- I think he is unusual.  I don't like

USAO-MA-0038749

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

98

1  him.  Some doctors are a little bit more arrogant

2  than others.

3        MR. LEE:  Stewart Cross?

4        MR. ROWAN:  I think I have been -- I've

5  been with this company two years, I think I have

6  maybe seen him one time.

7        MR. LEE:  How often have you communicated

8  with Stewart Cross?

9        MR. ROWAN:  I don't believe never.

10        MR. LEE:  Do you ever recall being involved

11  in any communications where you either got or

12  received any kind of a text involving Dr. Cross?

13        MR. ROWAN:  No, sir, not that I can

14  remember.  He was a -- no, not that I can remember

15  no, sir.

16        MR. LEE:  And what is Dr. Ruan's first

17  name?

18        MR. ROWAN:  Xiulu, X-i-u-l-u.

19        MR. LEE:  Where is he?

20        MR. ROWAN:  He is in Mobile, Alabama.

21        MR. HOO:  You said with Couch?

22        MR. ROWAN:  Yes, sir.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. HOO:  Where is Chun?

24        MR. ROWAN:  Sarasota, Florida.

25        MR. HOO:  And Gatts.

USAO-MA-0038751

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

99

1       MR. ROWAN:  West Palmdale Rey, that's one

2  of the other, West Palmdale Rey area.

3       MR. LEE:  I think you said that you don't

4  have Texas; is that right?  Texas is not your

5  territory?

6       MR. ROWAN:  No, sir.

7       MR. HOO:  So you've covered some of the

8  doctors, and I know we added Couch.  Is there

9  anybody else maybe you can think about -- the three

10  you mentioned, and then the couple that David asked

11  about.  Is there anybody else?

12      MR. KOSLOW:  Who covers Michigan?

13      MR. ROWAN:  That is Sunrise, Sunrise.

14  No, sir.

15      MR. HOO:  Do you talk to any doctors

16  outside of -- underneath you in the west, like --

17  or in the east, anybody that would normally be a

18  part of Sunrise's but --

19      MR. ROWAN:  No, sir.  Do I communicate with

20  them?  No, no, sir.

21      MR. HOO:  So besides the executive

22  management we talked about, the regional sales

USAO-MA-0038752

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   manager, some of these doctors, anybody else

24   through work that you would be communicating with

25   via your phone?

USAO-MA-0038753

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

100

1        MR. ROWAN:  No, that's -- that's pretty

2   much everybody that I focus on right there from a

3   work standpoint.

4        MR. HOO:  Okay.  Nobody else within the

5   company maybe that has other -- you know, I know we

6   talked about marketing and from that, but anybody

7   else on the operation side, anybody else that you

8   have somewhat regular communication with within the

9   company?

10        MR. ROWAN:  Shu Ron -- I'm sorry, Xiun, he

11   is our sales operations person, Xiun.

12        MR. HOO:  Can you spell that, please.

13        MR. ROWAN:  I think it's X-i-u-n, I

14   believe.

15        MR. HOO:  X-i-u-n, that's the last name?

16        MR. ROWAN:  Xiun, no.  It's like green but

17   Xiun.

18        MR. HOO:  That's the last name?

19        MR. ROWAN:  First name.  I don't even know

20   the last name to be honest with you.

21        MR. KOSLOW:  You said he was the

22   operations --

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. ROWAN:  He is the sales ops guy.

24        MR. HOO:  How frequently would you talk to

25   him -- do you talk with him?

USAO-MA-0038755

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1       MR. ROWAN:  Once every week I get emails

2   from him.  He sends us the numbers, that kind of

3   thing, communication via email, he sends us data

4   out, yes, sir.

5       MR. LEE:  What sort of numbers do you get

6   from him?

7       MR. ROWAN:  Prescribing data, market share,

8   those types of things.

9       MR. LEE:  This is something that you get on

10   your cell phone or on your laptop, is this an

11   email --

12       MR. ROWAN:  Email, via email.

13       MR. LEE:  And how often would they come?

14       MR. ROWAN:  We get them weekly, a weekly

15   update.

16       MR. LEE:  And is there a name for this

17   marketing data?

18       MR. PACHECO:  So -- I mean, I don't mind

19   talking about some of this, but, you know, we're

20   kind of going away from the cell phone.

21       MR. LEE:  Okay.  That's a fair point.

22       MR. PACHECO:  I don't mind at some point

USAO-MA-0038756

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   getting into it.

24        MR. LEE:  I think we're seeing what --

25   what's lost on the cell phone, I think if he got it

USAO-MA-0038757

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

102

1  from an email it probably appeared on your cell

2  phone, but it might appear on your laptop or some

3  other source, or --

4        MR. PACHECO:  Or maybe the company but --

5  but I don't want to stop you at the same time.  I

6  don't mind you getting information you need

7  relative to the cell phone.

8        MR. LEE:  I think we're doing our best to

9  restrict it to --

10       MR. PACHECO:  I think so.

11       MR. LEE:  Okay.  How about Rick Simon, did

12  you ever communicate with Rick Simon?

13       MR. ROWAN:  I did.  Rick Simon, he was a

14  manager as well, I apologize.

15       MR. HOO:  Was or --

16       MR. ROWAN:  He was one of the original

17  managers, yes, sir, and he is now director of

18  sales.  I apologize.

19       MR. HOO:  So he is under Alec then as --

20       MR. ROWAN:  Yes, he is now my direct -- he

21  is my direct report I guess I would say.

22       MR. HOO:  He is your direct report?

USAO-MA-0038758

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23       MR. ROWAN:  He is, he is my direct report.

24       MR. HOO:  All right.  There was no director

25   of sales previously?

USAO-MA-0038759

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

103

1    MR. ROWAN:  No, sir.

2    MR. HOO:  So he was an RSM?

3    MR. ROWAN:  Yes, he was.

4    MR. HOO:  When did he get promoted director

5  of sales?

6    MR. ROWAN:  Later last year, I don't

7  remember the time.  It didn't really affect me very

8  much, so later -- after -- I don't know sometime

9  last year.

10    MR. HOO:  Okay.  How frequently are you in

11  contact with him?

12    MR. ROWAN:  He sends out emails probably

13  daily and text messages probably three times a

14  week, voice the same.

15    MR. LEE:  How frequently were you in

16  contact with Mr. Simon before he became director of

17  sales?

18    MR. ROWAN:  A couple of times a week, once

19  a week, a couple times a week.

20    MR. LEE:  Which territory was he before he

21  became director of sales?

22    MR. ROWAN:  He had the west California.  I

USAO-MA-0038760

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   don't -- I don't know exactly what that was.  I

24   think it was California.

25        MR. LEE:  Had you ever communicated on your

USAO-MA-0038761

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

1   cell phone with Dr. Cappor?

2        MR. ROWAN:  Never.

3        MR. LEE:  Anybody else that we missed that

4   you can think of that you communicated on your cell

5   phone whether it's INSYS management, your sales

6   reps or doctors?

7        MR. ROWAN:  A lot of the sales.  I mean,

8   any one of the sales reps can text me at any given

9   time.  I would put on every one of them.  Is it

10  something -- every one of them don't do it daily,

11  but it's something that they text me or call me

12  or --

13       MR. PACHECO:  So his question was, is there

14  people beyond sales -- INSYS management sales reps

15  and doctors in addition to those people --

16       MR. ROWAN:  No, sir.  If I didn't hear the

17  question correctly, then I apologize.

18       MR. LEE:  Were the texts that you sent on

19  your phone would you say the primary way that you

20  communicated with your sales reps?

21       MR. ROWAN:  No.

22       MR. LEE:  What would be the primary way?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN: Email.

24      MR. LEE: And that would be done on a

25  desktop computer?

USAO-MA-0038763

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

105

1      MR. ROWAN:  How would I email them?

2      MR. LEE:  Yes.

3      MR. ROWAN:  Through Outlook, through the

4   company server Outlook.

5      MR. PACHECO:  What device?

6      MR. LEE:  What device?  Yeah.

7      MR. ROWAN:  IPad would be primary, laptop,

8   and -- that would be primary.

9      MR. HOO:  And your phone?

10      MR. ROWAN:  Like right now I don't have

11   communication on my phone.  It drains the battery.

12   So my main source would be iPad because I carry it

13   with me everywhere now, iPad and laptop.

14      MR. HOO:  So for emails it's going to be

15   primarily your iPad or your laptop?

16      MR. ROWAN:  Yes, sir, and primary is the

17   iPad -- let me answer the question specifically,

18   primary is iPad.  Laptop, minimal use.

19      MR. HOO:  Okay.  And then as it relates to

20   text messages, that's primarily your phone?

21      MR. ROWAN:  Yes, sir.

22      MR. HOO:  I don't know if you're aware of

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   this, you can do text messaging through your iPad.

24   You have to have it set up that way.

25       MR. ROWAN:  Yeah, I don't need that.

USAO-MA-0038765

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

106

1      MR. HOO:  And kind of in getting the stuff

2   set up you said yourself you're not really

3   technically savvy.  Did you guys have an IT

4   department or something that sets these up for you?

5      MR. ROWAN: Yes, sir.  Sets it up, sets

6   what up?  Sorry.

7      MR. HOO:  The email access --

8      MR. ROWAN:  Yeah.

9      MR. HOO:  Primarily email through Outlook.

10      MR. ROWAN:  Yes, they do that.

11      MR. HOO:  And the iPad is issued by the

12   company or it's yours?

13      MR. ROWAN:  By the company.

14      MR. HOO:  Okay.  So you have a company-

15   issued iPad, and it was set up by IT to receive

16   your email?

17      MR. ROWAN:  Yes, sir.

18      MR. HOO:  Okay.  And if you had that set

19   up -- you've had email accounts -- you can have the

20   same email on your phone.

21      MR. ROWAN:  Yes, sir.

22      MR. HOO:  So -- I mean, theoretically, if

USAO-MA-0038766

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   you send something from your phone, it's going to

24   show up on your iPad that you sent an email,

25   likewise you received something, that you opened up

USAO-MA-0038767

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

107

1  your iPad and you have your email there and when

2  you open it up on your phone, it will be there as

3  well.

4       MR. ROWAN: Okay.

5       MR. HOO: Is that your experience with your

6  phone as it relates to --

7       MR. ROWAN: Yes, because it comes from

8  Outlook, so everything on Outlook is --

9       MR. HOO: Right. Okay. So in your

10  experience, whatever is on -- if it's on the iPad

11  it should be on your phone and vice versa?

12       MR. ROWAN: Yes, sir.

13       MR. HOO: And to your knowledge, whatever

14  is on your phone as it relates to text messages is

15  nowhere else except your phone?

16       MR. ROWAN: Yes, sir, I believe so.

17       MR. HOO: Okay.

18       MR. LEE: Do you recall when the company

19  issued the iPad?

20       MR. ROWAN: When we started with the

21  company.

22       MR. HOO: That's an old one.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN:  Well, I've had two iPads, I

24   believe, with the company.

25      MR. HOO:  You're due for a new one.

USAO-MA-0038769

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

108

1        MR. LEE:  And your answer to the question

2   what was the primary way of communicating, and I

3   think you said iPad.  Was that consistent

4   throughout let's say 2012 and 2013, your iPad would

5   be the primary way of communicating.

6        MR. ROWAN:  100 percent, yes, sir.

7        MR. LEE:  More so than the cell phone?

8        MR. ROWAN:  Yes, sir, I would say yes,

9   sir.  IPad is where we get all of your

10  communication from headquarter -- from home office.

11       MR. LEE:  So -- I'm sort of getting the

12  sense that it's more the iPad, but, what, cell

13  phone is close to second?

14       MR. ROWAN:  In what kind of communication

15  are we talking about?

16       MR. LEE:  I'm including all three, I

17  guess -- I guess you can't do voice -- well, I

18  guess you can.

19       MR. HOO:  You can but --

20       MR. LEE:  I'm including all three, voice,

21  text, email.

22       MR. ROWAN:  I would believe from --

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   standard procedure would be -- email would be your

24   primary choice of communication.

25        MR. LEE:  And is that true for you?

USAO-MA-0038771

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

109

1    MR. ROWAN: I would say yes.

2    MR. HOO: My understanding when you

3  answered that question earlier, now we're kind of

4  all over the place a little bit, but when your --

5  email is one of your primary ways of

6  communication.  When you do email, it's going to be

7  your iPad?

8    MR. ROWAN: Yes, sir.

9    MR. HOO: You're going to use cell phone,

10  your iPhone for text messages obviously and

11  obviously for voice as well?

12    MR. ROWAN: Yes, sir.

13    MR. HOO: And maybe as a third option from

14  your phone emails, but when you're doing emails

15  primarily iPad?

16    MR. ROWAN: Yes, sir.

17    MR. KOSLOW: Outlook, you said you use

18  primarily Outlook as your means for communication.

19    MR. ROWAN: Yes, sir.

20    MR. KOSLOW: In Outlook you have a

21  capability to go ahead and set up individual

22  folders.  Do you have any unique folders that you

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  set up in your Outlook account?

24       MR. ROWAN:  No, sir.

25       MR. KOSLOW:  So you just have --

USAO-MA-0038773

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

110

1  information just goes into your in-box, and that's

2  the only primary you don't --

3      MR. ROWAN:  Separate it.

4      MR. KOSLOW:  -- you don't separate it at

5  all?

6      MR. ROWAN:  No.

7      MR. KOSLOW:  So do you delete most of those

8  or do you retain most of those or do you have some

9  mechanism or methodology that you exclusively use

10  that helps you in your day-to-day work?

11      MR. ROWAN:  It's a couple questions, so I

12  understand, do we delete anything?

13      MR. KOSLOW:  Yes.

14      MR. ROWAN:  No, especially since we were

15  told not to delete anything, so nothing gets

16  deleted off my information.  And the second part of

17  that question was do I have a system that I -- how

18  do I find my stuff basically.

19      MR. KOSLOW:  Right, or categorize it.

20      MR. ROWAN:  There is a search -- you know,

21  on your iPad, you put in what you're looking for

22  and you search, so if you're looking for something

USAO-MA-0038774

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   kind of searching for something, a topic or

24   subject.

25        MR. KOSLOW: So you don't have any separate

USAO-MA-0038775

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

111

1   categories that you set up yourself, a separate

2   folder someplace in Outlook --

3       MR. ROWAN:  No, sir, I don't.

4       MR. HOO:  That's not the most efficient way

5   to work, Mr. Rowan.

6       MR. ROWAN:  I'm good at what I do, so no, I

7   don't use that stuff.

8       MR. HOO:  Kind of along those same lines,

9   with your Outlook, you can set up calendars, there

10  is a note feature, obviously your iPhone has a note

11  feature like a notepad, with your phone, were you

12  using those other functions whether it's the

13  calendar, whether it's the note section?

14      MR. ROWAN:  Through work they want to know

15  where we were, so they would use our --

16      MR. HOO:  The Outlook calendar?

17      MR. ROWAN:  Yes.

18      MR. HOO:  So you can do that on your phone?

19      MR. ROWAN:  You would have to do it through

20  the computer.  The iPad I guess -- I don't know how

21  they did it.  Shantell -- someone did that for me

22  basically.  They told --

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. HOO:  Shantell, who is Shantell?  Is

24   she IT or no?

25      MR. ROWAN:  Title would be Coordinator, I

USAO-MA-0038777

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

112

1   guess.  What's the word I'm looking for?  Travel

2   coordinator maybe --

3       MR. HOO:  For the company she coordinates

4   that kind of --

5       MR. ROWAN:  Yes, she is the main person who

6   sets up our travel for us.

7       MR. HOO:  Did you have communications with

8   her, or do you have communication with her?

9       MR. ROWAN:  I do.

10       MR. HOO:  Via the phone?

11       MR. ROWAN:  No -- yeah, she will call me

12   once in a while and ask me a question, but it's

13   mainly email.

14       MR. HOO:  Text messages as well?

15       MR. ROWAN:  Very rare.  Mainly email.

16       MR. HOO:  And occasionally a phone call?

17       MR. ROWAN:  Yes, sir.

18       MR. HOO:  Okay.  So she set up your

19   calendar I guess?

20       MR. ROWAN:  Yes.

21       MR. HOO:  That when you put something on

22   there, everybody knows --

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN:  Yes.

24      MR. HOO:  Like they know you're out in L.A.

25  today?

USAO-MA-0038779

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

113

1    MR. ROWAN:  Yes, yes.

2    MR. HOO:  And they are all jealous --

3    MR. ROWAN:  I believe.

4    MR. KOSLOW:  Did you have a personal

5  calendar like you would go see Dr. Ruan?

6    MR. ROWAN:  No, sir, I don't.

7    MR. KOSLOW:  You don't.  So you would just

8  pick up the phone and make a phone call and make

9  arrangements, I'm in town, I'm going to go ahead

10  and visit with you?

11    MR. ROWAN:  Yeah, I try not to plan out

12  more than two or three weeks.  I don't think I have

13  a personal calendar.  My wife -- I'm going to get

14  into too much of a story, but no, I don't.  I just

15  can't live like that.  It stresses me out.

16    MR. HOO:  So the phone -- the calendar

17  function on Outlook, which I know that we have the

18  same feature of when we use Outlook and we don't

19  have Outlook, we have Blackberries, but if you put

20  something on the calendar for everybody to see

21  through Outlook, that's one way to do it, and I

22  guess you can do it through your phone but did you

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   do it through your phone or no?

24       MR. ROWAN:  I don't think I did it through

25   the phone.

USAO-MA-0038781

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

114

1      MR. HOO:  Did you use your phone whether it

2  was the Outlook -- I don't know if there is an

3  Outlook calendar on an iPhone, I know there is a

4  calendar function on the iPhone itself, you know

5  like with --

6      MR. ROWAN:  Yeah.

7      MR. HOO:  Some of the alarm clocks, dates,

8  did you use that calendar on your iPhone?

9      MR. ROWAN:  I've played around with it but

10  that was never a --

11      MR. HOO:  So it's never like a primary, you

12  refer to that to know what your schedule is or

13  something like that?

14      MR. ROWAN:  Never have.

15      MR. HOO:  It just all appeared in your

16  head?

17      MR. ROWAN:  I try and only book out two or

18  three weeks in advance.

19      MR. HOO:  Okay.  What about the notes?

20  Like the notepad, that is something that a lot of

21  people would use in their iPhone, a way to jot

22  notes down.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN:  I use it on my phone personally

24   for like passwords for American Express, Delta, so

25   I use it for personal but not for --

USAO-MA-0038783

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

115

1    MR. HOO:  No work-related kind of --

2    MR. ROWAN:  Very minimal, very minimal.

3    MR. HOO:  So when you're taking notes and

4    work or something comes in mind, you're a pad-and-

5    paper kind of guy?

6    MR. ROWAN:  My work is different than I

7    think what y'all are thinking.  It's not

8    something -- no, I don't use pad and paper either.

9    MR. HOO:  We're just trying to get a sense

10   on what is on the phone.

11    MR. ROWAN:  No, I get it.

12    MR. HOO:  No, I understand.

13    MR. ROWAN:  The emails come across, as we

14   spoke, weekly, that's the data that I need to know

15   where I'm going or know what I'm focusing on or

16   know -- mine is to -- to -- that tells me where I'm

17   going.  I mean, I look at the numbers, I know who I

18   need to talk to.  There is not a whole lot that I

19   need to write down to remember.

20    MR. HOO:  So you get your emails that has

21   the data that drives what you're -- I need to go

22   and I need to hammer Karen, she is goofing around,

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

USAO-MA-0038784

23   or whatever it is, something like that, these

24   numbers drive where you go?

25          MR. ROWAN:  That's exactly right.

USAO-MA-0038785

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

116

1       MR. HOO:  You don't need -- so you don't

2   use the notepad function on your iPhone?

3       MR. ROWAN:  Very minimal, very, very, very

4   minimal.

5       MR. HOO:  As it relates to work almost --

6       MR. ROWAN:  Not almost.  Very, very, very

7   minimal.  They have the data so you can see, but

8   very, very, very minimal.

9       MR. KOSLOW:  You said you maintain your

10  passwords on the phone?

11      MR. ROWAN:  On my personal cell phone, yes,

12  sir.

13      MR. KOSLOW:  Did you change those

14  passwords?

15      MR. ROWAN:  Do I change them?

16      MR. KOSLOW:  Have you changed them since

17  you lost the phone?

18      MR. ROWAN:  No, no, no.

19      MR. KOSLOW:  You lost the sim card, so I

20  was just curious if that information is retained on

21  the sim card or on the phone.

22      MR. ROWAN:  Sim card for --

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. KOSLOW:  For the phone that was

24   damaged.

25        MR. ROWAN:  No.  When I'm talking

USAO-MA-0038787

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

117

1   passwords, I'm talking like American Express,

2   Delta, you know, you call and you just reset your

3   password, it's my son's name, so if that's what

4   we're getting to, it's pretty easy to remember,

5   too, so it's Coleman1.   I'm trying to --

6        MR. HOO:  If you lost the sim card, which

7   we didn't see in the photo, the sim card -- you

8   know what a sim card is, we talked about that, if

9   that was lost, the information about passwords for

10   whatever accounts they are could be retained on

11   that sim card if somebody found it, theoretically

12   they could take that sim card and retrieve those

13   passwords for your accounts, so I think that's what

14   he is getting at, did you change those because you

15   lost the sim card?

16        MR. ROWAN:  No, no, my password before is

17   the same password as it is today.  My passwords

18   haven't been changed.  I'm sorry, I didn't

19   understand -- no, nothing has been changed.

20        MR. PACHECO:  You guys, I'm not sure the

21   sim card is or isn't lost.  I mean, you would have

22   to check with Deloit to see what they have.  I

USAO-MA-0038788

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   don't know.

24        MR. LEE:  Let's find out.

25        Do you know, Mr. Rowan whether when you got

USAO-MA-0038789

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

118

1   your cell phone back on January 23rd whether that

2   damaged phone had a sim card in it?

3         MR. ROWAN:  No, sir.  I didn't know that

4   the iPhone had a sim card.  I know what a sim card

5   is, but I did not know that it had a sim card, no.

6         MR. LEE:  Do you know if currently the cell

7   phone that I think is in Deloit's possession

8   whether that has a sim card?

9         MR. ROWAN:  I don't know.

10         MR. LEE:  It's something that you had no

11   awareness of at any time?

12         MR. ROWAN:  No, sir.

13         MR. HOO:  So we talked emails, text, voice

14   calls, calendars, notes.  Any reason to take

15   pictures on your phone relative to work?

16         MR. ROWAN:  No, sir.

17         MR. HOO:  Maybe you need a picture of Jeff

18   just because he needs to know who Mr. Pearlman is.

19         What about -- some people keep voice

20   messages -- voice messages that you receive on a

21   call but also some voice notes you can do that

22   where -- no, none of that?

USAO-MA-0038790

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN:  No, sir.

24      MR. HOO: Did you retain voice messages

25  that -- you know, like some people get their voice

USAO-MA-0038791

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

119

1  messages deleted instantly, some people just have

2  30, 40, 50 voice messages --

3       MR. ROWAN:  Mine gets deleted, because if

4  you have too many on there, it starts deleting the

5  oldest one.  There is not enough storage I guess

6  how I understand it.  You can get 20-some messages

7  and it says voicemail is full.

8       MR. HOO:  Okay.  So at one point -- so it's

9  probably full, then, and it just deletes as you go,

10  or is it with your voice messages retain the voice

11  messages?

12       MR. ROWAN:  The voicemail, we delete the

13  voicemail because I can't --

14       MR. HOO:  So you do get rid of it all?

15       MR. ROWAN:  Because I can only get so many,

16  and I get messages all of the time.  I'm sure I've

17  gotten 30 since we've been in here.  If I don't get

18  rid of them, I can't use my voicemail function on

19  the phone.

20       MR. HOO:  All right.

21       MR. ROWAN:  That I do know.

22       MR. HOO:  Okay.  Fair enough.  So as it

USAO-MA-0038792

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   relates to your phone and using it for the job,

24   we've covered all of these certain things, is there

25   anything else that maybe we're not thinking of that

USAO-MA-0038793

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

120

1   you use your phone for as it relates to work

2   besides what we've covered?

3        MR. ROWAN:  Just voice as we said before.

4   No, that's -- we've hit on voice messages -- I

5   mean, we talked about voice, text and email,

6   that's --

7        MR. HOO:  How about the Internet?  Do you

8   have to go to the Internet for work to do anything?

9        MR. ROWAN:  No, sir.

10       MR. HOO:  Okay.

11       MR. KOSLOW:  One comment you made earlier,

12   you said that you do not know if the sim card was

13   lost or stolen.  Do you know if a sim card exists,

14   and if so, do you know where it is located?

15       MR. ROWAN:  No, sir.  I didn't know it had

16   a sim card.  I don't -- I didn't know it had a sim

17   card.

18       MR. KOSLOW:  Do you know if the information

19   that is retained on the phone is in some fashion

20   has been retrieved or is being maintained?

21       MR. ROWAN:  Say that one more time.

22       MR. KOSLOW:  Any information on that was on

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   the phone.  Has it been retrieved or transferred?

24        MR. ROWAN:  I don't know what Deloit did

25   with it.  Is that what you mean?

USAO-MA-0038795

121

1    MR. KOSLOW:  Yes.

2    MR. ROWAN:  I have no idea.  I gave --

3  handed it over, that was it.

4    MR. KOSLOW:  Thank you.

5    MR. HOO:  All right.  I think the important

6  thing was to come to the different people that you

7  talked to.  I know we've kind of added a couple

8  that you didn't think of initially.  Can you maybe

9  take a moment, is there anybody else who didn't

10  initially come to mind that you may have had some

11  kind of, you know, contact whether it's once a

12  month, once a week, whatever it is, you know, a

13  text message here and there, other people within

14  the company, other people underneath you?

15    MR. ROWAN:  The management team above me --

16  no, that's pretty much -- also, yes, Larry Delahey

17  and he was -- it was once a month maybe and he

18  was --

19    MR. HOO:  Spell that last name.

20    MR. ROWAN:  He is -- I can give you his

21  title, he is director -- was and he left -- he left

22  us recently, director of -- medical director,

USAO-MA-0038796

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   medical director.

24        MR. HOO:  You'd have contact with him maybe

25   once a month?

USAO-MA-0038797

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

122

1      MR. ROWAN:  If that.

2      MR. HOO: What form of communication?

3      MR. ROWAN:  Usually email or voice.

4      MR. HOO:  Is there a current medical

5   director?

6      MR. ROWAN:  I don't know.  It just happened

7   recently with him leaving, so I don't know.

8      MR. KOSLOW:  Just one last question again,

9   Mr. Pacheco, did the phone have a sim card in it

10  when it was received?

11      MR. PACHECO:  I don't know.  I'll ask the

12  Deloit people.  They will be happy to get back to

13  you guys.

14      MR. KOSLOW:  I just want to put that to

15  rest, because I know that we were talking around

16  that quite a bit, so I just want to make sure --

17      MR. PACHECO:  I'll have to check because I

18  really don't know but I'll let John know.

19      MR. KOSLOW:  Because I know pictures don't

20  reflect it but it doesn't necessarily mean it

21  wasn't received --

22      MR. PACHECO:  I'll have them itemize what

USAO-MA-0038798

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   they have and get back to you folks on that, that's

24   not a problem.

25        MR. LEE:  Curious, the email -- the

USAO-MA-0038799

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

123

1  photograph that was on the wall of the damaged

2  phone, was that of you and your wife sticking your

3  tongues out, was that taken with the iPhone?

4       MR. ROWAN:  I'm not sure.  I'm trying to --

5  any one of my kids probably took it, my daughter or

6  son probably took the picture.  I don't know if it

7  was mine or one of the kids' phone when we were at

8  dinner or something.

9       MR. LEE:  Do any members of your family

10  have that photograph anywhere else?

11       MR. ROWAN:  I don't know.  I don't believe

12  so.

13       MR. LEE:  Is that a photograph that you

14  have on a laptop or your iPad?

15       MR. ROWAN:  No, I didn't share -- I've

16  never shared pictures from my iPad to my phone or

17  my laptop to my phone.  I never -- I never hooked

18  them up or whatever you call it.

19       MR. LEE:  Synced them?

20       MR. ROWAN:  Synced them up.

21       MR. LEE:  Do you know Dan Tondray?

22       MR. ROWAN:  I do.

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. LEE:  How long have you known him?

24      MR. ROWAN:  10, 11 years maybe from Seflaw.

25      MR. LEE:  Did you ever have any

USAO-MA-0038801

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

124

1  conversations with Mr. Tondray, conversations or

2  communications about your cell phone with

3  Mr. Tondray at any time?

4       MR. ROWAN:  He knew I lost my phone.

5       MR. PACHECO:  That's not what he asked

6  you.  He asked you did you have cell phone

7  communications with Dan Tondray at any time.

8       MR. LEE:  A slightly different question.

9       Did you ever have any conversations or

10  communications with Mr. Tondray in any way,

11  personally via cell phone, via land line, a

12  computer regarding this subject of your cell

13  phone?

14       MR. ROWAN:  Yes, I did.

15       MR. LEE:  And how many times?

16       MR. ROWAN:  Maybe -- I don't know, to be

17  honest, maybe a couple times, two times I would

18  say.

19       MR. LEE:  And when was the first time?

20       MR. ROWAN:  I would imagine when I lost my

21  phone in that area when I had people calling me,

22  representatives when I didn't have my phone, and

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  they were trying to get in touch with me.

24       MR. LEE:  Were you trying to get in touch

25  with Mr. Tondray or was he trying to get in touch

USAO-MA-0038803

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

125

1  with you?

2       MR. ROWAN:  I don't know.  I don't

3  remember.  I mean, it could go both ways.  He is a

4  representative for us.

5       MR. LEE:  Was this after you lost your cell

6  phone?

7       MR. ROWAN:  Let's go back to your question

8  you asked, did we have communication, I don't know

9  exactly as I said before, I don't know exactly if

10  we did or did not.  He knows I lost my cell phone.

11       MR. LEE:  How does he know that?

12       MR. ROWAN:  Because I told my team that I

13  lost my cell phone.  I told the team I had no cell

14  phone communication, that I had to use my son's for

15  a short period of time.

16       MR. LEE:  Was that one -- was that an email

17  or a text message that you sent out to your team?

18       MR. ROWAN:  I didn't have a phone, so it

19  had to be in an email.

20       MR. LEE:  Did you send out one or did you

21  send out individual communications to different

22  people individually?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. ROWAN:  I don't remember.

24        MR. LEE:  Well, tell me what you remember

25   about your communication with Mr. Tondray about

USAO-MA-0038805

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

126

1  your cell phone.

2       MR. ROWAN:  I don't remember any particular

3  conversation we had about my cell phone, but I know

4  I informed them that I lost my cell phone because

5  we -- we're not supposed to lose our cell phone,

6  right?  I mean, it's a big deal we have our cell

7  phones, so --

8       MR. LEE:  Okay.  Before you lost your cell

9  phone, did you ever have any communications with

10  Mr. Tondray at all at any time regarding your cell

11  phone?

12       MR. ROWAN:  Not that I can remember.

13       MR. LEE:  And then you -- the first

14  communication you had with Mr. Tondray about your

15  cell phone was when you contacted people to let

16  them know that they should contact you through your

17  son's cell phone?

18       MR. ROWAN:  I would believe so.  As I said

19  before, I don't remember the exact events that

20  occurred, but I remember -- I don't remember the

21  exact events, but I know I sent out something, a

22  way for people to be able to communicate with me in

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23  case they needed to get in touch with me.

24       MR. LEE:  Was there anything in your mind

25  that is making you think that you may have had a

USAO-MA-0038807

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

127

1  conversation with Mr. Tondray about your cell phone

2  before you lost your cell phone?

3      MR. ROWAN:  Well, I knew once they talked

4  about subpoenaing all of our stuff, and I don't

5  remember the dates as I said before, but when they

6  talked about subpoenaing all of our stuff, they

7  wanted our cell phones, and that's what we talked

8  about, them wanting our information.

9      MR. LEE:  And then at that time before you

10  went on your ski vacation, did you have any

11  conversations with Mr. Tondray about your cell

12  phone?

13      MR. ROWAN:  Say that one more time, I'm

14  sorry.

15      MR. LEE:  Well, I'm just trying to follow

16  your line of communication.  I think you said that

17  you were aware at some point in time that they,

18  meaning the government, wanted your cell phone?

19      MR. ROWAN:  Yes, sir.

20      MR. LEE:  And I'm asking you did you at

21  that time before you went on and before you went on

22  your vacation have any conversations with

USAO-MA-0038808

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   Mr. Tondray about your cell phone?

24        MR. ROWAN:  I'm sure I did because the

25   subpoena was before our trip.

USAO-MA-0038809

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

128

1      MR. LEE: And what was the nature of that

2   conversation or those conversations?

3      MR. ROWAN: Just that they wanted our cell

4   phone. It was really no in-depth conversation that

5   took place.

6      MR. LEE: Anything else?

7      MR. ROWAN: No, sir.

8      MR. LEE: Any conversations with

9   Mr. Tondray about what data could be preserved,

10   what data could be retrieved if the cell phone were

11   lost or damaged?

12      MR. ROWAN: Not that I remember.

13      MR. LEE: Did you have a second

14   conversation with Mr. Tondray -- I think you

15   indicated that you had a couple of them -- about

16   the subject of your cell phone?

17      MR. ROWAN: After I lost the cell phone?

18      MR. LEE: At any time. I think -- when I

19   ask the question, it covers any time, before or

20   after your cell phone was lost, and you told me

21   about one communication that you had with

22   Mr. Tondray where after you lost your cell phone,

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   you advised people to contact you through your

24   son's cell phone, and is there anything else that

25   you remember about that or have we exhausted that

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

USAO-MA-0038811

129

1  topic?

2      MR. ROWAN:  I think we've exhausted that

3  topic.

4      MR. LEE:  So now I want to ask you about

5  the second conversation or communication you had

6  with Mr. Tondray about your cell phone.  Was there

7  a second communication that you recall?

8      MR. ROWAN:  No, I told everybody that I

9  lost my cell phone, that's basically it, and that I

10  was bothered by it, but that's basically it.  I

11  don't remember a second conversation about my cell

12  phone, I guess, in answer to your question.

13      MR. LEE:  And if I'm hearing your answer

14  correctly, the only conversation that you had with

15  anybody about your cell phone before you lost your

16  cell phone is just the fact that they wanted your

17  cell phone and nothing else?

18      MR. ROWAN:  Yes, sir, as far as I can

19  remember, yeah, just that they -- the government

20  wanted our cell phones, that was what we talked

21  about.

22      MR. LEE:  Nothing else?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23        MR. ROWAN: No, maybe -- no, I don't

24   remember, to be honest I do not remember.

25        MR. LEE: Okay. Did you and Mr. Tondray

USAO-MA-0038813
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

130

1  have any communications or conversations at any

2  time, either personally or through cell phone or

3  some other device, about the topic of his cell

4  phone?

5      MR. ROWAN:  No, sir, not that I remember.

6      MR. LEE:  At any time?

7      MR. ROWAN:  At any time.

8      MR. LEE:  Okay.  Do you keep old cell phone

9  bills?

10      MR. ROWAN:  No, sir.

11      MR. LEE:  Do you get paper bills or do you

12  get electronic bills?

13      MR. ROWAN:  I don't know to be honest with

14  you.  I don't do the bills at my house.

15      MR. LEE:  Your wife handles that?

16      MR. ROWAN:  Yes, sir.

17      MR. LEE:  But --

18      MR. ROWAN:  I get a notification on the

19  phone that my cell phone bill is due for Verizon.

20      MR. LEE:  You know for a fact that you

21  don't have copies of phone bills?

22      MR. ROWAN:  I don't believe I do.

USAO-MA-0038814

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. LEE:  Okay.  So maybe I'll ask of

24   both.  Can you check to see if you have your old

25   paper bills?

USAO-MA-0038815

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

131

1      MR. ROWAN:  Yes, sir.

2      MR. LEE:  And the other thing that I would

3  ask of maybe you, Anthony, is whether it be

4  possible for us to get -- to inspect the damaged

5  cell phone from Deloit.

6      MR. PACHECO:  I don't see that being a

7  problem you having access to the phone, we can just

8  arrange to have the Deloit folks meet with the

9  government people to get them the phone.

10      MR. HOO:  Is Deloit located here or --

11      MR. PACHECO:  They are everywhere.

12      MR. KOSLOW:  Where is the phone?

13      MR. PACHECO:  I think the Deloit office.

14  I've been working mostly out of Chicago.

15      MR. LEE:  Is the phone in Chicago?

16      MR. PACHECO:  I believe so.

17      MR. LEE:  Okay.

18      MR. PACHECO:  But let me confirm all of

19  that, because there have been multiple offices.

20  The five folks I represent are all over the place,

21  so -- but I'll find out.

22      MR. KOSLOW:  And maybe you're not aware of

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   it, but is the phone in the same intact status that

24   it was when it was received or you probably don't

25   know that?

USAO-MA-0038817

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

132

1      MR. PACHECO:  I'm assuming so, but I don't

2  really -- I don't know, so I'll have to check.  I

3  don't know the answer, but we'll find out.

4      MR. LEE:  Okay.  I don't --

5      MR. PACHECO:  It's definitely in Deloit's

6  custody.

7      MR. LEE:  Does anybody have any other

8  questions?

9      MR. COHEN:  Nothing here, this is David.

10      MR. HOO:  Just a quick follow-up on your

11  phone with the Internet.  Personal email, did

12  you -- do you have personal email?

13      MR. ROWAN:  I have Google.

14      MR. HOO:  Gmail?

15      MR. ROWAN:  Gmail, yes, sir.

16      MR. HOO:  On your phone, I mean.  You have

17  access via your phone?

18      MR. ROWAN:  I had it, but I don't have it

19  any longer.

20      MR. HOO:  Sometimes people use their

21  personal for work as well just because there is

22  sometimes crossover.  Did you use your personal

USAO-MA-0038818

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23   account for work-related at all?  Sometimes you

24   maybe forward something from work to your Gmail or

25   vice versa or did you --

USAO-MA-0038819

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

133

1      MR. ROWAN:  Potentially, but very rarely if

2  something was on there, but, yeah, once in a while

3  but nothing like -- nothing -- because everything

4  is supposed to be on a secure --

5      MR. HOO:  So JrowanRX.com is your primary

6  email?

7      MR. ROWAN:  Yes, sir.

8      MR. LEE:  One last question about

9  Mr. Tondray.  Did you know that Mr. Tondray lost

10  his cell phone as well?

11      MR. ROWAN:  The one he just lost in Costa

12  Rica?

13      MR. LEE:  Yes.

14      MR. ROWAN:  It was stolen I'm pretty sure.

15      MR. LEE:  When did you find that out?

16      MR. ROWAN:  The next morning when we were

17  on our trip.  He had to borrow mine when we were in

18  Atlanta traveling back through customs.

19      MR. LEE:  And I think, if I'm understanding

20  your answer correctly, you had no discussions with

21  Mr. Tondray about the subject of his cell phone

22  before he lost his cell phone?

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23      MR. ROWAN:  No, sir.

24      MR. LEE:  Okay.

25      MR. ROWAN:  No, sir.

USAO-MA-0038821

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

134

1       MR. LEE:  Okay.  I think we're done.  Thank

2  you very much, Mr. Rowan, for coming here.  I hope

3  you have a pleasant flight back.

4       MR. ROWAN:  Thank you very much.

5       MR. LEE:  If there are additional

6  questions, we can follow up through Anthony?

7       MR. PACHECO:  That's fine.

8       And I would ask for a copy of the court

9  reported part of the transcript.

10      MR. COHEN:  Thanks for your time,

11  everybody.

12      (Off the record at 12:32 P.M.)

13          ---oOo---

14

15

16

17

18

19

20

21

22

USAO-MA-0038822

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23

24

25

USAO-MA-0038823

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

135

1  STATE OF CALIFORNIA        )

2  COUNTY OF SAN BERNARDINO   )

3

4       I, Marie Wilson, CSR No. 13480, do hereby

5  certify:

6       That the foregoing transcription was

7  transcribed by me; that the transcription was

8  recorded stenographically by me, were thereafter

9  transcribed under my direction and supervision and

10  that the foregoing is a true record of same.

11       I further certify that I am neither counsel

12  for nor related to any party to said action, nor in

13  any way interested in the outcome thereof.

14       IN WITNESS WHEREOF, I have subscribed my

15  name this Friday, April 11th, 2014.

16

17

18

19

20

21

22       _____

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

23            MARIE WILSON, CSR NO. 13480

24

25

USAO-MA-0038825
You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)

USAO-MA-0038826

You created this PDF from an application that is not licensed to print to novaPDF printer (http://www.novapdf.com)