THE UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>MICHAEL J. GURRY et al.,<br><br>   Defendants. | Criminal No.:  16-CR-10343-ADB |

### DEFENDANT JOSEPH A. ROWAN'S MEMORANDUM CONCERNING HIS ASSETS AND PAYMENT OF ATTORNEYS FEES

Defendant Joseph A. Rowan files this memorandum to inform the Court of certain actions he plans to take or request from the Court in order to pay his attorneys fees.  Should the Court order something inconsistent with these plans at his January, 2020 sentencing hearing, he will follow the Court's direction.  No assets will be irrevocably transferred or rendered unavailable prior to his sentencing.

Rowan owes White & Case LLP approximately one million dollars in unpaid legal fees, which accounts for the vast bulk of the legal fees billed to Rowan.  Rowan has made limited payments from his personal funds.

When Rowan retained White & Case LLP to represent him shortly after the return of the indictment in 2016, Insys Therapeutics, his former employer, contractually agreed to pay White & Case LLP $750,000 towards Rowan's legal fees.  At the time, his Counsel expected a three to five week trial.  After paying approximately $153,000, Insys declared bankruptcy and made no further payments, leaving $597,000 unpaid.  White & Case hopes it may eventually collect

1

$35,000-42,000 from the Insys bankruptcy as a creditor, leaving approximately $557,000 unpaid by Insys.

Shortly after Insys declared bankruptcy on June 10, 2019, Rowan assigned to White & Case the $100,000 he had deposited with the Court to secure his release. At his sentencing, Rowan will ask the Court to release these funds to White & Case LLP as payment towards his legal fees.

Rowan has two 401k accounts with a total value of approximately $415,067, as disclosed to Probation. Immediately after January 1, 2020, he intends to liquidate them, use approximately 35% of the proceeds to cover taxes and penalties, and provide the remainder of approximately $269,794 to White & Case for unpaid and/or future legal fees. White & Case will hold these funds in unapplied cash until the January 21, 2020 hearing.

Thus, Rowan would like to provide a total of $369,794 to White & Case as payment towards his unpaid fees and future fees.

                    JOSEPH A. ROWAN

                    By his counsel,

/s/ Michael Kendall
Michael Kendall (BBO# 544866)
michael.kendall@whitecase.com
Alexandra I. Gliga (BBO # 694959)
alexandra.gliga@whitecase.com
WHITE & CASE LLP
75 State Street
Boston, MA 02109-1814
Telephone: (617) 979-9300

## **CERTIFICATE OF SERVICE**

      I hereby certify that, on the date appearing in the header of this page, this document is being filed through ECF system, which will deliver copies to all attorneys of record.

                                      /s/ Michael Kendall
                                      Michael Kendall