# EXHIBIT 2

| | |
|---|---|
| **From:** | Pacheco, Anthony |
| **To:** | Lee, John (USACAC); Barnhardt, Rebecca |
| **Cc:** | Cohen, David (CIV) |
| **Subject:** | RE: Insys - Status Report |
| **Date:** | Friday, March 21, 2014 9:14:44 PM |

John -

We can provide you with the following information regarding Joe Rowan's damaged cell phone.

.The phone was lost on 1/22/14 while Joe was skiing at a ski resort in Colorado. Joe could not locate the phone that evening. The next morning he called Lost and Found. They were closed. He called again later and they told him they had it and he could come get it. When Joe arrived at the Lost and Found desk, they told him the phone was damaged. They also told him they were going to throw it away because it was so damaged. He told them not to throw it away.

.Joe then took the damaged phone to the Verizon Store in Steamboat Springs, CO to see if they could recover any data from the phone. The employees at the Verizon Store told Joe that they were unable to recover anything from his phone. Joe then purchased a new iPhone from that store and kept the old, damaged phone.

.Persons with direct knowledge of the event include Joe, his wife, possibly his children, the employees at the Lost and Found, and the employees at the Verizon Store.

.According to Deloitte, they were unable to obtain any data from the damaged phone. The phone was extensively damaged.

.Joe's cell phone service provider is Verizon Wireless.

We are unable to provide you the data breakdown per person/per device in house. We will contact our vendor to retrieve that information for you.

Anthony Pacheco | Chairman, Corporate Defense & Investigations
Jeffer Mangels Butler & Mitchell LLP | JMBM
1900 Avenue of the Stars, 7th Floor, Los Angeles, CA 90067
D: (310) 785-5309 | E: Pacheco@JMBM.com
VCARD | BIO | LINKEDIN

This e-mail message and any attachments are confidential and may be attorney-client privileged. Dissemination, distribution or copying of this message or attachments without proper authorization is strictly prohibited. If you are not the intended recipient, please notify JMBM immediately by telephone or by e-mail, and permanently delete the original, and destroy all copies, of this message and all attachments. For further information, please visit JMBM.com.

Circular 230 Disclosure: To assure compliance with Treasury Department rules governing tax practice, we hereby inform you that any advice contained herein (including in any attachment) (1) was not written or intended to be used, and cannot be used, by you or any taxpayer for the purpose of avoiding any penalties that may be imposed on you or any taxpayer and (2) may not be used or referred to by you or any other person in connection with promoting, marketing or recommending to another person any transaction or matter addressed herein.

-----Original Message-----
From: Lee, John (USACAC) [mailto:John.Lee2@usdoj.gov]
Sent: Friday, March 21, 2014 2:37 PM
To: Pacheco, Anthony; Barnhardt, Rebecca

Cc: Cohen, David (CIV)
Subject: RE: Insys - Status Report

Anthony,

Thanks for your call today. As requested, please provide us with further details regarding the volume of data corresponding to each of the devices from which data was obtained, as well as further breakdowns to allow a determination of whether and how search strategies should be employed.

This will confirm that you advised us today that Joseph Rowan's cell phone was destroyed in an accident in January and that you are attempting to determine whether data can be retrieved from its remnants. As also discussed, please provide us with additional information concerning this event, including:

- the date and location of its occurrence,
- the circumstances leading to and following the event,
- the identities of any persons with knowledge of the event,
- descriptions of the data that can be retrieved, as well as data that cannot be retrieved, from the cell phone, and
- the identity of the service provider for the cell phone.

We understand that, to your knowledge, no other potentially responsive sources of information have been lost or destroyed. Thank you.

John

USAO-MA-0107847

# Deloitte.

Deloitte Financial Advisory Services LLP

Michael Weil
Director
111 South Wacker Drive
Chicago, Illinois 60606
USA
Tel: +1 32 486 0207
miweil@deloitte.com
www.deloitte.com

April 10, 2014

Via UPS

Michael S. Koslow
U.S. Department of Defense
Office of the Inspector General
Defense Criminal Investigative Service
Valencia Resident Agency
25350 Magic Mountain Parkway, Suite 200
Valencia, CA 91355

Re: Transmittal Letter for Joseph Rowan and Insys Therapeutics, Inc. evidence

Dear Agent Koslow:

Please find enclosed the mobile device collected from Joseph Rowan.

A summary of the contents of shipment:

**Number of items being sent: 1.**

| Evidence Number | S/N | Image |
|---|---|---|
| AFT-068774 | 99000281329362 | Damaged Apple iPhone 5 (A1429) |

Please feel free to contact me with any questions or concerns.

Sincerely,

Michael Weil

cc:
*Via Email w/o Enclosures:*

Rebecca Barnhardt (RCB@JMBM.com)

Solely for the information and use of client name and not to be relied upon by any other person or entity

Member of
Deloitte Touche Tohmatsu Limited

# Deloitte. Analytic and Forensic Technology
## Chain of Custody


Deloitte
AFT - 068774
Chain of Custody

### Evidence Details

| | | | |
|---|---|---|---|
| Case Number: | | Project Name: | Espresso |
| User Name: | Joseph Rowan | Evidence Number: | AFT-068774 |
| Date Received: | 2/12/19 | Size (if applicable): | |

| Manufacturer: | Model: | Serial Number: | Asset Tag: |
|---|---|---|---|
| Apple | iPhone A1429 (iPhone 5) | IMEI 990000281329362 | |

Description: Very broken No screen

### Chain of Custody

| Reason/Action: | Received From: | Received By: | Date/Time: |
|---|---|---|---|
| Collection | Joseph Rowan | Michael Covell | 2/12/19 18:00 |
| Transfer | M Covell | Jeff Hall | 2/14/19 6:20 |
| Transfer | Jeff Hall | UPS 1Z3d9484d197764681 | 4/16/2019 9:00pm |
| Transfer | UPS | | |

Evidence Database Entry
Entered By:
Date:
(complete once details are added to the evidence DB)

Notes/Distribution:
If original evidence is returned to the custodian - this original form to case file.
If this form is for the original evidence - place a copy into the case file and the original form stays with original evidence.

Revised 9/05